| United States Bankruptcy Court<br>District of Puerto Rico | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>CAFE VALENCIA, INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): EIN: 66-0235718 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>1000 MUNOZ RIVERA AVE.<br>RIO PIEDRAS, PR      ZIPCODE 00927 | Street Address of Joint Debtor (No. and Street, City, and State      ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>San Juan | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other    RESTAURANT | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>                  Recognition of a Foreign<br>☐ Chapter 9      Main Proceeding<br>☑ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>                  Recognition of a Foreign<br>☐ Chapter 13     Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>    debts, defined in 11 U.S.C.         business debts<br>    §101(8) as "incurred by an<br>    individual primarily for a<br>    personal, family, or household<br>    purpose." |

| Filing Fee (Check one box) | **Chapter 11 Debtors**<br>Check one box: |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on<br>4/01/13 and every three years thereafter).*<br>------------------<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or<br>more classes, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1000-<br>5000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **CAFE VALENCIA, INC.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non-bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>CAFE VALENCIA, INC. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  /s/ Carmen D. Conde Torres
Signature of Attorney for Debtor(s)

CARMEN D. CONDE TORRES 207312
Printed Name of Attorney for Debtor(s)

C. CONDE & ASSOCIATES
Firm Name

254 SAN JOSE STREET
Address

SUITE 5    SAN JUAN, PR 00901-1523

787-729-2900
Telephone Number

NOVEMBER 30, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ ROBERTO MARTIN
Signature of Authorized Individual

ROBERTO MARTIN
Printed Name of Authorized Individual

VICE-PRESIDENT
Title of Authorized Individual

NOVEMBER 30, 2010
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

# CORPORATE RESOLUTION

I, _Roberto Martin_, of legal age, single, Secretary of _CAFE VALENCIA Joc_ and resident of _Guaynabo_, Puerto Rico DO HEREBY.

CERTIFY That:

1. At a meeting celebrated on _9 - 8_, 20 _10_, the Board of Directors of _CAFE VALENCIA_, agreed to file a bankruptcy petition under the provisions Of Chapter 11 of the Bankruptcy Code

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That at the meeting of shareholders celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

4. That it was also agreed that the services of Attorney Carmen D. Conde Torres would be retained for such purposes.

5. That it was also agreed that _Roberto Martin_ will be the person authorized to signed the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the _8_ day of _9_, 20 _10_.

Authorized By:

_(signature)_

Angel Rivera

Café Valencia, Inc.

By: _Roberto Martin_

_(seal: CAFE VALENCIA, INC. 1961)_

Affidavit No. _1872_

Sworn and signed before me by _Roberto Martin_ of legal age, married, so Hco, comerciante Secretary of _____ and from the vicinity of _Guaynabo, Puerto Rico_ Puerto Rico, who is personally known to me. _y por Angel Rivera, mayor de edad, casado, ganero y vecino de San Juan, Puerto Rico, quien doy fe de conocer personalmente_

Today _8_ day of _septem_ 20_10_ at San Juan, Puerto Rico.

_(signature)_
Notary Public

_(seal: Pedro Martín Cordova, Notary Public, Abogado Notario)_

# United States Bankruptcy Court
### District of Puerto Rico

In re  CAFE VALENCIA, INC.

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

    For legal services, I have agreed to accept ........................……………………........ $ ___25,000.00___ *retainer CPC*

    Prior to the filing of this statement I have received ...........…………….................. $ ___25,000.00___

    Balance Due ...................…………………………….……….......................... $ _____0.00_____

2.  The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
       $275.00 p/h for Carmen D. Conde Torres plus cost and expenses;
       $250.00 p/h for Associates plus cost and expenses;
       $200.00 p/h for Junior Attorneys plus cost and expenses;
       $100.00 p/h for Legal Assistance such As Paralegal, in house special clerical services or Accounting Analyst plus cost and expenses.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

NOVEMBER 30, 2010
_____
Date

/s/ Carmen D. Conde Torres
_____
Signature of Attorney

C. CONDE & ASSOCIATES
_____
Name of law firm

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

# United States Bankruptcy Court
### District of Puerto Rico

In re  CAFE VALENCIA, INC.
_____

Debtor

Case No. _____

Chapter ___11___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 4 | $ 168,536.78 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 6 | | $ 486,099.78 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 5,661,060.70 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 21 | $ 168,536.78 | $ 6,147,160.48 | |

# United States Bankruptcy Court
### District of Puerto Rico

In re    CAFE VALENCIA, INC.                       Case No. _____

                 Debtor

                                               Chapter     11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

State the Following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $    N.A. |

State the Following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re   CAFE VALENCIA, INC.
_____
              **Debtor**

Case No. _____
                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re   CAFE VALENCIA, INC.
_____
          **Debtor**

Case No. _____
                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANCO POPULAR ACCOUNT NO. 395044459 FLEXICUENTA PONCE DOWN CENTER BRANCH | | 10,315.13 |
| | | ORIENTAL BANK ACCOUNT NO. 514001676 CHECKING ACCOUNT SAN PATRICIO BRANCH | | 1,128.27 |
| | | FIRST BANK ACCOUNT NO. 3109201315 CHECKING ACCOUNT FOREST HILL BRANCH | | 30,389.12 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | MAPFRE PRAICO INSURANCE COMPANY ELECTRIC SERVICE CONTRACT BOND BOND NO. 1303100002507 | | 10,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

In re   CAFE VALENCIA, INC.                                    Case No. _____
                    **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | ACCOUNT RECEIVABLES EXHIBIT 1 | | 32,686.42 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

In re **CAFE VALENCIA, INC.**            Case No. _____
           **Debtor**                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | DEPARTMENT OF TREASURY LICENSE NO. 11798300039 VENTA DE BEBIDAD ALCOHOLICAS<br><br>MUNICIPALITY OF SAN JUAN PATENTE MUNICIPAL | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | *2004 CHEVROLET ASTRO VAN* PLATE NO. 757623 SERIAL NO. 1GCDM19X24B130951 | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | FOOD SERVICE EQUIPMENT EXHIBIT 2 | | 62,170.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | LIQUORS INVENTORY AT BAR EXHIBIT 3 | | 2,957.89 |
| | | WINE INVENTORY EXHIBIT 4 | | 3,101.11 |
| | | COOLER INVENTORY EXHIBIT 5 | | 1,930.79 |
| | | LIQUOR INVENTORY EXHIBIT 6 | | 2,015.78 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re __CAFE VALENCIA, INC.__        Case No. _____
          Debtor                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | FREEZER INVENTORY EXHIBIT 7 | | 7,577.48 |
| | | INVENTORY (ALMACEN) EXHIBIT 8 | | 4,029.07 |
| | | INVENTORY (ALMACEN) EXHIBIT 9 | | 235.72 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

           __0__     continuation sheets attached     Total    $    168,536.78

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   CAFE VALENCIA, INC.                                    Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

B6D (Official Form 6D) (12/07)

In re ___CAFE VALENCIA, INC._____,     Case No. _____
                        **Debtor**                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

___0___continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal▶ (Total of this page) | $    0.00 | $    0.00 |
| Total▶ (Use only on last page) | $    0.00 | $    0.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re   CAFE VALENCIA, INC.
_____,     Case No._____
              Debtor                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re   CAFE VALENCIA, INC.                                    ,       Case No._____
                        Debtor                                                              (if known)


☐   **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


  *\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

  <u>    4    </u> **continuation sheets attached**

In re  CAFE VALENCIA, INC. _____ ,     Case No. _____

              Debtor                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HERIBERTO ESPADA<br>CALLE PATILLAS NO. 87<br>HATO REY, PR 00918 | | | Incurred: 2010<br>Consideration:<br>VACATIONS | | | | 471.00 | 471.00 | 0.00 |
| ACCOUNT NO.<br><br>INES TAVARES<br>CALLE 8 NO. 1016<br>BO. CAPETILLO<br>RIO PIEDRAS, PR 00925 | | | Incurred: 2010<br>Consideration:<br>VACATIONS | | | | 937.35 | 937.35 | 0.00 |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)    $ 1,408.35    $ 1,408.35    $ 0.00

Total
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

In re CAFE VALENCIA, INC.                                          ,        Case No. _____
              Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CRIM <br> PO BOX 195387 <br> SAN JUAN, PR 00919-5387 | | | Incurred: 2007-2009 <br> Consideration: <br> PROPERTY TAX | | | | 48,548.05 | 17,786.43 | 30,761.62 |
| ACCOUNT NO. <br><br> DEPARTAMENTO DEL TRABAJO Y <br> RECURSOS HUMANOS <br> PO BOX 191020 <br> SAN JUAN, PR 00919-1020 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> DEPARTMENT OF TREASURY <br> BANKRUPTCY DIVISION <br> PO BOX 9024140 <br> SAN JUAN, PR 00902-4140 | | | Incurred: 2007-2008 <br> Consideration: IVU <br> ESTATAL | | | | 4,943.51 | 4,943.51 | 0.00 |
| ACCOUNT NO. <br><br> DEPARTMENT OF TREASURY <br> BANKRUPTCY DIVISION <br> PO BOX 9024140 <br> SAN JUAN, PR 00902-4140 | | | Incurred: 2005-2009 <br> Consideration: <br> INCOME TAX | | | | 111,592.91 | 74,492.02 | 37,100.89 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ $ 165,084.47 | $ 97,221.96 | $ 67,862.51
(Totals of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ➤ $ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

In re CAFE VALENCIA, INC. ,           Case No. _____
_____
          Debtor                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. FONDO DEL SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936-5028 | | | Consideration: WORKMEN COMPENSATION | | | X | 17,190.46 | 17,190.46 | 0.00 |
| ACCOUNT NO. INTERNAL REVENUE SERVICES POST OFFICE BOX 21126 PHILADELPHIA, PA 19114-0326 | | | Incurred: 2007-2009 Consideration: EMPLOYEE WITHHOLDING | | | | 67,864.63 | 67,864.63 | 0.00 |
| ACCOUNT NO. IRS CITIVIEW PLAZA NO. II 48 CARRETERA 165, SUITE 2000 GUAYNABO, PR 00968-8000 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. MUNICIPALITY OF SAN JUAN DEPARTAMENTO DE FINANZAS PO BOX 70179 SAN JUAN, PR 00936-8179 | | | Incurred: 2009-2010 Consideration: PATENTE MUNICIPAL CIVIL CASE NO. KCD2010-1849 | | | | 13,720.38 | 13,720.38 | 0.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 98,775.47 | $ 98,775.47 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankrupty2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re  CAFE VALENCIA, INC. _____ ,        Case No. _____
          _____                                                    _____
            Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)        Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| MUNICIPALITY OF SAN JUAN DEPARTAMENTO DE FINANZAS PO BOX 70179 SAN JUAN, PR 00936-8179 | | | Incurred: 2008-2010 Consideration: IVU MUNICIPAL | | | X | 220,831.49 | 220,831.49 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| US DEPARTMENT OF JUSTICE FEDERAL LITIGATION DIVISION PO BOX 9020192 SAN JUAN, PR 0090-0192 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $ 220,831.49 | $ | $
(Totals of this page)

Total ➤ | $ 486,099.78
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ➤ | $ | $ 418,237.27 | $ 67,862.51
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   CAFE VALENCIA, INC.                          ,        Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> ANGEL RIVERA RUIZ <br> GREEN HILLS U-4 <br> URB. GARDEN HILLS SUR <br> GUAYNABO, PR 00966 | | | Incurred: 2007 <br> Consideration: PERSONAL LOAN TO DEBTOR | | | | 100,000.00 |
| ACCOUNT NO.  <br> AXESA <br> PO BOX 70373 <br> SAN JUAN, PR 00936-8373 | | | Incurred: 2008-2010 <br> Consideration: VENDOR | | | | 4,163.68 |
| ACCOUNT NO.  <br> B. FERNANDEZ <br> PO BOX 363629 <br> SAN JUAN, PR 00936-3629 | | | Incurred: 2008-2010 <br> Consideration: VENDOR | | | | 5,468.23 |
| ACCOUNT NO.  7450021216 <br> BANCO POPULAR DE PUERTO RICO <br> PRESTAMOS ESPECIALES (733) <br> PO BOX 362708 <br> SAN JUAN, PR 00936-2708 | X | | Consideration: LOAN GUARANTEE WITH FIRST MORTGAGE OVER VALENCIA ADQUISITION | | | | 3,594,773.92 |

_5_ continuation sheets attached

Subtotal ▶   $   3,704,405.83

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re  CAFE VALENCIA, INC.                        ,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7450026536 <br><br> BANCO POPULAR DE PUERTO RICO <br> PRESTAMOS ESPECIALES (733) <br> PO BOX 362708 <br> SAN JUAN, PR 00936-2708 | X | | Consideration: LOAN GUARANTEE WITH FIRST MORTGAGE OVER VALENCIA ADQUISITION | | | | 659,589.87 |
| ACCOUNT NO.  7450026537 <br><br> BANCO POPULAR DE PUERTO RICO <br> PRESTAMOS ESPECIALES (733) <br> PO BOX 362708 <br> SAN JUAN, PR 00936-2708 | X | | Consideration: LOAN GUARANTEE WITH FIRST MORTGAGE OVER VALENCIA ADQUISITION | | | | 452,740.16 |
| ACCOUNT NO. <br><br> BONNIN ELECTRONICS <br> 1905 AVE. JESUS T. PINERO <br> SAN JUAN, PR 00920 | | | Incurred: 2008-2010 <br> Consideration: VENDOR | | | | 5,416.02 |
| ACCOUNT NO. <br><br> CADILLAC UNIFORM <br> PO BOX 601893 <br> BAYAMON, PR 00960-1893 | | | Incurred: 2008-2010 <br> Consideration: VENDOR | | | | 8,407.88 |
| ACCOUNT NO. <br><br> DCF, INC. <br> C/O SALDANA CARVAJAL & VELEZ-RIVE, PSC <br> 166 CONSTITUTION AVE. <br> SAN JUAN, PR 00901 | | | Consideration: VENDOR CIVIL CASE NO. KCM2010-2227 UNDER LITIGATION SETTLEMENT BY DIRECTOR | X | X | X | 13,193.43 |

Sheet no. _1_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  1,139,347.36

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re **CAFE VALENCIA, INC.** _____ ,     Case No. _____

                **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> EMPRESAS DE GAS <br> BOX 1025 <br> SABANA SECA, PR 00952-1025 | | | Incurred: 2008-2010 <br> Consideration: VENDOR | | | | 3,974.25 |
| ACCOUNT NO. <br><br> FRIGORIFICO VALLEJO <br> CALLE VALLEJO 1010 <br> RIO PIEDRAS, PR 00925 | | | Incurred: 2008-2010 <br> Consideration: VENDOR | | | | 3,964.77 |
| ACCOUNT NO. <br><br> INSTITUTO DEL HOGAR <br> CALLE LOS MIRTOS NO. 154 <br> HYDE PARK <br> RIO PIEDRAS, PR 00927 | | | Incurred: 2008-2010 <br> Consideration: RENT PARKING SPACE | | | | 4,400.00 |
| ACCOUNT NO. <br><br> IRIZARRY, RODRIGUEZ & CO., PSC <br> PO BOX 25070 <br> SAN JUAN, PR 00928-5070 | | | Incurred: 2007-2010 <br> Consideration: ACCOUNTING SERVICES | | | | 34,910.05 |
| ACCOUNT NO. <br><br> JOSE ANTONIO DE MARCO <br> H/N/C INTERNATIONAL BEEF & VEAL CO. <br> PO BOX 9065783 <br> SAN JUAN, PR 00906-5783 | | | Consideration: VENDOR <br> CIVIL CASE NO. KCM2010-1470 | X | X | X | 5,197.12 |

Sheet no. __2__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal▶   $       52,446.19

                                        Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re   CAFE VALENCIA, INC.                            ,        Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MAPFRE PRAICO INSURANCE COMPANY <br> PO BOX 70333 <br> SAN JUAN, PR 00936-8333 | | | Consideration: ELECTRIC CONTRACT SERVICE BOND <br> BOND NO. 1303100002507 | | | | Notice Only |
| ACCOUNT NO. <br><br> MENDEZ & COMPANY <br> GPO BOX 363348 <br> SAN JUAN, PR 00936-3348 | | | Incurred: 2008-2010 <br> Consideration: VENDOR | | | | 3,868.22 |
| ACCOUNT NO. <br><br> NORTHWESTERN SELECTA <br> C/O RIVERA COLON RIVERA TORRES <br> & RIOS BERLY <br> AVENIDA FERNANDEZ JUNCOS 1502, ALTOS <br> SANTURCE, PR 00909-0036 | | | Consideration: VENDOR <br> CIVIL CASE NO. KCD2010-0327 <br> UNDER LITIGATION | X | X | X | 11,078.11 |
| ACCOUNT NO. <br><br> ORIENTAL BANK <br> PO BOX 195115 <br> SAN JUAN, PR 00919-5115 | | | Incurred: 2006-2007 <br> Consideration: FOR ACTIVITY CENTER RESTAURANT <br> SECURED BY SHAREHOLDER | | | | 343,121.95 |
| ACCOUNT NO. <br><br> PRIME MEET <br> 356 AMERICO MIRANDA AVE. <br> SAN JUAN, PR 00927 | | | Consideration: VENDOR | | | | 5,720.31 |

Sheet no. _3_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 363,788.59

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  - 31846 - PDF-XChange 2.5 DE

In re  CAFE VALENCIA, INC._____,    Case No._____
                  **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PRIMO FOODS<br>2475 BRICKELL AVE.<br>SUITE 1407<br>MIAMI, FL 33129 | | | Incurred: 2008-2010<br>Consideration: VENDOR | | | | 95,901.62 |
| ACCOUNT NO.<br><br>ROBERTO MARTIN BONNIN<br>1127 CALLE SEGOVIA<br>URB. TORRIMAR<br>GUAYNABO, PR 00966 | | | Incurred: 2007<br>Consideration: PERSONAL LOAN TO DEBTOR | | | | 100,000.00 |
| ACCOUNT NO.<br><br>ROBERTO MARTIN BONNIN<br>1127 CALLE SEGOVIA<br>URB. TORRIMAR<br>GUAYNABO, PR 00966 | | | Incurred: 2010<br>Consideration: PERSONAL LOAN TO DEBTOR | | | | 15,000.00 |
| ACCOUNT NO.<br><br>SEA WORLD<br>C/O MELLADO & MELLADO VILLAREAL<br>AVE. PONCE DE LEON 165,<br>OFICINA 102<br>SAN JUAN, PR 00917-1233 | | | Consideration: VENDOR<br>CIVIL CASE NO. KCD2010-1162<br>UNDER LITIGATION | X | X | X | 31,383.62 |
| ACCOUNT NO.<br><br>SERRALLES<br>APARTADO 11972<br>SAN JUAN, PR 00922-1972 | | | Consideration: VENDOR | | | | 773.90 |

Sheet no. _4_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 243,059.14

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankcapcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re  CAFE VALENCIA, INC.                          ,          Case No. _____
             **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SERRALLES<br>APARTADO 11972<br>SAN JUAN, PR 00922-1972 | | | Consideration: VENDOR | | | | 1,098.85 |
| ACCOUNT NO.<br><br>VALENCIA ADQUISITION<br>MUNOZ RIVERA 1000<br>APARTADO 101<br>RIO PIEDRAS, PR 00927 | | | Consideration: RENT DUE | | | | 156,914.74 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                      Subtotal ➤   $   158,013.59

                                      Total ➤   $   5,661,060.70

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

In re CAFE VALENCIA, INC.                    Case No. _____
_____
        Debtor                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VALENCIA ADQUISITION<br>MUNOZ RIVERA 1000<br>APARTADO 101<br>RIO PIEDRAS, PR 00927 | LEASE AGREEMENT FOR COMMERCIAL SPACE |
| | |
| | |
| | |
| | |
| | |
| | |

In re  CAFE VALENCIA, INC.                                    Case No. _____
                    Debtor                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ANGEL RIVERA RUIZ<br>GREEN HILLS U-4<br>URB. GARDEN HILLS SUR<br>GUAYNABO, PR 00966 | ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 |
| ROBERTO MARTIN BONNIN<br>1127 CALLE SEGOVIA<br>URB. TORRIMAR<br>GUAYNABO, PR 00966 | ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 |
| ROBERTO MARTIN BONNIN<br>1127 CALLE SEGOVIA<br>URB. TORRIMAR<br>GUAYNABO, PR 00966 | BANCO POPULAR DE PUERTO RICO<br>PRESTAMOS ESPECIALES (733)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| ANGEL RIVERA RUIZ<br>GREEN HILLS U-4<br>URB. GARDEN HILLS SUR<br>GUAYNABO, PR 00966 | BANCO POPULAR DE PUERTO RICO<br>PRESTAMOS ESPECIALES (733)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| MAPFRE PRAICO INSURANCE COMPANY<br>PO BOX 70333<br>SAN JUAN, PR 00936-8333 | BONDING COMPANY/PREPA |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

CAFE VALENCIA, INC.

In re _____     Case No. _____
       Debtor                                            (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                  Debtor:

Date _____     Signature: _____
                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer               (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X _____     _____
    Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the VICE-PRESIDENT _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the CAFE VALENCIA, INC. _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 23 sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___ NOVEMBER 30, 2010 _____     Signature: ___ /s/ ROBERTO MARTIN _____

                                                   ___ ROBERTO MARTIN _____
                                                  [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankrupcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

# Cafe Valencia Inc.
## Customer Balance Summary
### All Transactions


Exhibit 1
Schedules
Blumberg No. 5517

|  | Aug 31, 10 |
|---|---|
| ACMC | 459.94 |
| Alfred Muñiz | 977.86 |
| Ana G.Mendez-Asuntos Estudiantiles | 81.70 |
| Cámara Oficial Española Comercio en P.R. | 29.64 |
| Canal 13 | 535.31 |
| Cardona, Irizarry & Co. | 16,244.72 |
| Carlos Ramos | 186.32 |
| Dr. San Miguel | 560.05 |
| ELA | 21.53 |
| Emerito Estrada | 310.65 |
| Empresas Díaz Inc. | 1,279.36 |
| Fernando Fernández | 1,227.16 |
| Hector Aponte | 771.70 |
| Hipolito | 76.45 |
| HOLE IN ONE-Jose R. Fuentes | 1,089.66 |
| IAR Ismael Acosta | 485.68 |
| Leizan Manuel-Space Builders | 714.98 |
| Luis Quiñones | 44.83 |
| MEDICOOP | 86.51 |
| Puerto Rico Computer Services Corp. | 4,661.10 |
| Rafi Rivera-Consultec | 907.90 |
| Roberto Paniagua | 256.37 |
| Tres Leches Factory | 722.66 |
| U.P.R. Oficina del Registrador | 341.60 |
| U.P.R. Sr.Severino-Ciencias Sociales | 494.09 |
| Universidad de P.R. Dr.Latortue | 50.71 |
| Yadier Medina | 67.94 |
| TOTAL | 32,686.42 |

## Cafe Valencia Inc.
## A/R Aging Detail
### As of September 1, 2010

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|--------------|
| **Current** | | | | | | | | |
| **Total Current** | | | | | | | | |
| **1 - 30** | | | | | | | | |
| Credit Memo | 8/16/2010 | 983 | | Ramon Gonzalez | | 8/16/2010 | 16 | -3,257.93 |
| **Total 1 - 30** | | | | | | | | -3,257.93 |
| **31 - 60** | | | | | | | | |
| Invoice | 7/4/2010 | 2696 | | Carlos Ramos | | 7/4/2010 | 59 | 109.73 |
| Invoice | 7/6/2010 | 2697 | | Empresas Díaz Inc. | | 7/6/2010 | 57 | 65.54 |
| Invoice | 7/7/2010 | 2698 | | Fernando Fernández | | 7/7/2010 | 56 | 142.72 |
| Invoice | 7/7/2010 | 2699 | | Empresas Díaz Inc. | | 7/7/2010 | 56 | 33.98 |
| Invoice | 7/7/2010 | 2700 | | IAR Ismael Acosta | | 7/7/2010 | 56 | 70.70 |
| Invoice | 7/8/2010 | 2701 | | Empresas Díaz Inc. | | 7/8/2010 | 55 | 74.10 |
| Invoice | 7/9/2010 | 2702 | | Canal 13 | | 7/9/2010 | 54 | 65.16 |
| Invoice | 7/9/2010 | 2703 | | IAR Ismael Acosta | | 7/9/2010 | 54 | 45.45 |
| Invoice | 7/10/2010 | 2704 | | Ramon Gonzalez | | 7/10/2010 | 53 | 162.58 |
| Invoice | 7/12/2010 | 2705 | | Empresas Díaz Inc. | | 7/12/2010 | 51 | 107.54 |
| Invoice | 7/12/2010 | 2706 | | Canal 13 | | 7/12/2010 | 51 | 81.58 |
| Invoice | 7/14/2010 | 2707 | | Empresas Díaz Inc. | | 7/14/2010 | 49 | 65.75 |
| Invoice | 7/15/2010 | 2709 | | Leizan Manuel-Spa... | | 7/15/2010 | 48 | 35.07 |
| Invoice | 7/15/2010 | 2710 | | Empresas Díaz Inc. | | 7/15/2010 | 48 | 52.96 |
| Invoice | 7/16/2010 | 2712 | | Carlos Ramos | | 7/16/2010 | 47 | 51.10 |
| Invoice | 7/16/2010 | 2713 | | Canal 13 | | 7/16/2010 | 47 | 72.22 |
| Invoice | 7/16/2010 | 2714 | | Leizan Manuel-Spa... | | 7/16/2010 | 47 | 73.75 |
| Invoice | 7/16/2010 | 2715 | | Canal 13 | | 7/16/2010 | 47 | 123.06 |
| Invoice | 7/19/2010 | 2717 | | Luis Quiñones | | 7/19/2010 | 44 | 44.83 |
| Invoice | 7/20/2010 | 2719 | | IAR Ismael Acosta | | 7/20/2010 | 43 | 36.90 |
| Invoice | 7/20/2010 | 2720 | | Ramon Gonzalez | | 7/20/2010 | 43 | 40.66 |
| Invoice | 7/20/2010 | 2721 | | Empresas Díaz Inc. | | 7/20/2010 | 43 | 14.98 |
| Invoice | 7/21/2010 | 2723 | | Empresas Díaz Inc. | | 7/21/2010 | 42 | 41.20 |
| Invoice | 7/22/2010 | 2727 | | Leizan Manuel-Spa... | | 7/22/2010 | 41 | 147.02 |
| Invoice | 7/22/2010 | 2728 | | Empresas Díaz Inc. | | 7/22/2010 | 41 | 83.67 |
| Invoice | 7/23/2010 | 2730 | | Dr. San Miguel | | 7/23/2010 | 40 | 23.28 |
| Invoice | 7/23/2010 | 2731 | | Canal 13 | | 7/23/2010 | 40 | 56.70 |
| Invoice | 7/23/2010 | 2734 | | Fernando Fernández | | 7/23/2010 | 40 | 413.24 |
| Invoice | 7/24/2010 | 2733 | | Fernando Fernández | | 7/24/2010 | 39 | 29.96 |
| Invoice | 7/25/2010 | 2735 | | Dr. San Miguel | | 7/25/2010 | 38 | 29.70 |
| Invoice | 7/25/2010 | 2736 | | Ramon Gonzalez | | 7/25/2010 | 38 | 55.45 |
| Invoice | 7/28/2010 | 2737 | | Carlos Ramos | | 7/28/2010 | 35 | 25.49 |
| Invoice | 7/28/2010 | 2738 | | IAR Ismael Acosta | | 7/28/2010 | 35 | 28.37 |
| Invoice | 7/29/2010 | 2740 | | Leizan Manuel-Spa... | | 7/29/2010 | 34 | 119.56 |
| Invoice | 7/30/2010 | 2742 | | Ramon Gonzalez | | 7/30/2010 | 33 | 103.42 |
| Invoice | 7/30/2010 | 2743 | | Fernando Fernández | | 7/30/2010 | 33 | 135.43 |
| **Total 31 - 60** | | | | | | | | 2,862.85 |

## Cafe Valencia Inc.
## A/R Aging Detail
### As of September 1, 2010

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|--------------|
| **61 - 90** | | | | | | | | |
| Invoice | 6/3/2010 | 2628 | | Empresas Díaz Inc. | | 6/3/2010 | 90 | 19.21 |
| Invoice | 6/3/2010 | 2629 | | Dr. San Miguel | | 6/3/2010 | 90 | 19.21 |
| Invoice | 6/4/2010 | 2632 | | Canal 13 | | 6/4/2010 | 89 | 63.14 |
| Invoice | 6/7/2010 | 2633 | | Ramon Gonzalez | | 6/7/2010 | 86 | 50.63 |
| Invoice | 6/7/2010 | 2634 | | Empresas Díaz Inc. | | 6/7/2010 | 86 | 56.12 |
| Invoice | 6/8/2010 | 2635 | | Empresas Díaz Inc. | | 6/8/2010 | 85 | 153.42 |
| Invoice | 6/8/2010 | 2636 | | Leizan Manuel-Spa... | | 6/8/2010 | 85 | 34.99 |
| Invoice | 6/8/2010 | 2638 | | Dr. San Miguel | | 6/8/2010 | 85 | 21.17 |
| Invoice | 6/9/2010 | 2639 | | Empresas Díaz Inc. | | 6/9/2010 | 84 | 52.91 |
| Invoice | 6/10/2010 | 2640 | | Empresas Díaz Inc. | | 6/10/2010 | 83 | 55.05 |
| Invoice | 6/11/2010 | 2643 | | Empresas Díaz Inc. | | 6/11/2010 | 82 | 12.84 |
| Invoice | 6/11/2010 | 2644 | | Dr. San Miguel | | 6/11/2010 | 82 | 39.00 |
| Invoice | 6/14/2010 | 2646 | | Empresas Díaz Inc. | | 6/14/2010 | 79 | 26.54 |
| Invoice | 6/14/2010 | 2647 | | Ramon Gonzalez | | 6/14/2010 | 79 | 22.20 |
| Invoice | 6/15/2010 | 2649 | | Empresas Díaz Inc. | | 6/15/2010 | 78 | 68.56 |
| Invoice | 6/15/2010 | 2650 | | Dr. San Miguel | | 6/15/2010 | 78 | 63.40 |
| Invoice | 6/16/2010 | 2651 | | Cardona, Irizarry & ... | | 6/16/2010 | 77 | 15.85 |
| Invoice | 6/16/2010 | 2653 | | IAR Ismael Acosta | | 6/16/2010 | 77 | 104.27 |
| Invoice | 6/17/2010 | 2654 | | Ramon Gonzalez | | 6/17/2010 | 76 | 29.58 |
| Invoice | 6/18/2010 | 2655 | | Canal 13 | | 6/18/2010 | 75 | 117.67 |
| Invoice | 6/18/2010 | 2657 | | Puerto Rico Compu... | | 6/18/2010 | 75 | 61.95 |
| Invoice | 6/18/2010 | 2658 | | IAR Ismael Acosta | | 6/18/2010 | 75 | 181.90 |
| Invoice | 6/18/2010 | 2660 | | Dr. San Miguel | | 6/18/2010 | 75 | 93.34 |
| Invoice | 6/21/2010 | 2661 | | Leizan Manuel-Spa... | | 6/21/2010 | 72 | 20.06 |
| Invoice | 6/21/2010 | 2663 | | Empresas Díaz Inc. | | 6/21/2010 | 72 | 23.11 |
| Invoice | 6/22/2010 | 2664 | | Empresas Díaz Inc. | | 6/22/2010 | 71 | 80.52 |
| Invoice | 6/22/2010 | 2665 | | Canal 13 | | 6/22/2010 | 71 | 54.04 |
| Invoice | 6/23/2010 | 2666 | | Fernando Fernández | | 6/23/2010 | 70 | 63.94 |
| Invoice | 6/23/2010 | 2669 | | Empresas Díaz Inc. | | 6/23/2010 | 70 | 69.18 |
| Invoice | 6/24/2010 | 2671 | | Empresas Díaz Inc. | | 6/24/2010 | 69 | 61.52 |
| Invoice | 6/24/2010 | 2673 | | Canal 13 | | 6/24/2010 | 69 | 133.53 |
| Invoice | 6/24/2010 | 2674 | | Fernando Fernández | | 6/24/2010 | 69 | 97.59 |
| Invoice | 6/25/2010 | 2675 | | Ramon Gonzalez | | 6/25/2010 | 68 | 112.18 |
| Invoice | 6/25/2010 | 2677 | | Leizan Manuel-Spa... | | 6/25/2010 | 68 | 90.77 |
| Invoice | 6/26/2010 | 2678 | | Leizan Manuel-Spa... | | 6/26/2010 | 67 | 124.07 |
| Invoice | 6/27/2010 | 2679 | | Dr. San Miguel | | 6/27/2010 | 66 | 38.98 |
| Invoice | 6/28/2010 | 2680 | | Dr. San Miguel | | 6/28/2010 | 65 | 31.42 |
| Invoice | 6/28/2010 | 2682 | | Empresas Díaz Inc. | | 6/28/2010 | 65 | 41.78 |
| Invoice | 6/28/2010 | 2684 | | Ramon Gonzalez | | 6/28/2010 | 65 | 14.93 |
| Invoice | 6/29/2010 | 2685 | | Fernando Fernández | | 6/29/2010 | 64 | 73.20 |
| Invoice | 6/29/2010 | 2687 | | Ramon Gonzalez | | 6/29/2010 | 64 | 105.16 |
| Invoice | 6/29/2010 | 2688 | | Empresas Díaz Inc. | | 6/29/2010 | 64 | 144.45 |
| Invoice | 7/2/2010 | 2689 | | Canal 13 | | 7/2/2010 | 61 | 78.38 |
| Invoice | 7/2/2010 | 2693 | | Fernando Fernández | | 7/2/2010 | 61 | 115.72 |
| Invoice | 7/2/2010 | 2694 | | | | 7/2/2010 | 61 | 106.75 |
| **Total 61 - 90** | | | | | | | | 3,044.23 |

## Cafe Valencia Inc.
## A/R Aging Detail
### As of September 1, 2010

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **> 90** | | | | | | | | |
| Invoice | 2/28/2007 | 556 | | HOLE IN ONE-Jose... | | 2/28/2007 | 1281 | 300.00 |
| Invoice | 3/31/2007 | 581 | | HOLE IN ONE-Jose... | | 3/31/2007 | 1250 | 378.00 |
| Invoice | 4/30/2007 | 626 | | HOLE IN ONE-Jose... | | 4/30/2007 | 1220 | 186.00 |
| Invoice | 8/31/2007 | 633 | | Cardona, Irizarry & ... | | 4/30/2007 | 1220 | 437.20 |
| Invoice | 8/31/2007 | 746 | | Canal 13 | | 8/31/2007 | 1097 | 3,702.36 |
| Payment | 9/21/2007 | 747 | | Puerto Rico Compu... | | 8/31/2007 | 1097 | 582.68 |
| Invoice | 9/30/2007 | 1182 | | Dr. San Miguel | | | | -223.34 |
| Payment | 10/1/2007 | 760 | | Canal 13 | | 9/30/2007 | 1067 | 555.09 |
| Invoice | 10/31/2007 | 2512 | | HOLE IN ONE-Jose... | | | | -300.00 |
| Invoice | 10/31/2007 | 785 | | HOLE IN ONE-Jose... | | 10/31/2007 | 1036 | 64.00 |
| Invoice | 10/31/2007 | 788 | | Rafi Rivera-Consultec | | 10/31/2007 | 1036 | 193.33 |
| Payment | 11/14/2007 | 804 | | Canal 13 | | 10/31/2007 | 1036 | 800.43 |
| Invoice | 11/30/2007 | 2611 | | HOLE IN ONE-Jose... | | 11/30/2007 | 1006 | -292.40 |
| Invoice | 11/30/2007 | 838 | | Rafi Rivera-Consultec | | 11/30/2007 | 1006 | 274.04 |
| Invoice | 12/19/2007 | 840 | | Canal 13 | | 12/19/2007 | 987 | 408.54 |
| Invoice | 12/31/2007 | 1566 | | Cardona, Irizarry & ... | | 12/31/2007 | 975 | 7,204.40 |
| Invoice | 12/31/2007 | 862 | | Rafi Rivera-Consultec | | 12/31/2007 | 975 | 93.59 |
| Invoice | 12/31/2007 | 867 | | Canal 13 | | 12/31/2007 | 975 | 372.71 |
| Invoice | 12/31/2007 | 868 | | Puerto Rico Compu... | | 12/31/2007 | 975 | 233.50 |
| Invoice | 12/31/2007 | 869 | | Jose Carlos Joglar | | 12/31/2007 | 975 | 566.05 |
| Invoice | 1/31/2008 | 890 | | Canal 13 | | 1/31/2008 | 944 | 132.16 |
| Invoice | 1/31/2008 | 896 | | Rafi Rivera-Consultec | | 1/31/2008 | 944 | 130.55 |
| Invoice | 2/29/2008 | 897 | | Puerto Rico Compu... | | 1/31/2008 | 944 | 244.93 |
| Invoice | 3/31/2008 | 913 | | Rafi Rivera-Consultec | | 2/29/2008 | 915 | 214.78 |
| Invoice | 3/31/2008 | 900 | | Canal 13 | | 3/31/2008 | 884 | 362.20 |
| Invoice | 3/31/2008 | 928 | | Emerito Estrada | | 3/31/2008 | 884 | 30.83 |
| Invoice | 4/30/2008 | 944 | | Hector Aponte | | 3/31/2008 | 884 | 310.65 |
| Invoice | 4/30/2008 | 957 | | Hector Aponte | | 4/30/2008 | 854 | 169.56 |
| Invoice | 4/30/2008 | 975 | | Canal 13 | | 4/30/2008 | 854 | 66.02 |
| Invoice | 5/31/2008 | 976 | | Canal 13 | | 4/30/2008 | 854 | 275.47 |
| Invoice | 6/30/2008 | 977 | | Canal 13 | | 5/31/2008 | 823 | 179.69 |
| Invoice | 6/30/2008 | 1014 | | ACMC | | 6/30/2008 | 793 | 459.94 |
| Invoice | 7/31/2008 | 978 | | Canal 13 | | 6/30/2008 | 793 | 330.27 |
| Invoice | 7/31/2008 | 1042 | | Roberto Paniagua | | 7/31/2008 | 762 | 47.58 |
| Invoice | 7/31/2008 | 1045 | | Puerto Rico Compu... | | 7/31/2008 | 762 | 1,118.15 |
| Invoice | 9/26/2008 | 980 | | Canal 13 | | 7/31/2008 | 762 | 491.80 |
| Invoice | 10/13/2008 | 1130 | | Hector Aponte | | 9/26/2008 | 705 | 53.50 |
| Payment | 10/15/2008 | 1253 | | Puerto Rico Compu... | | 10/13/2008 | 688 | 339.72 |
| Invoice | 10/19/2008 | 3521 | | HOLE IN ONE-Jose... | | | | -62.00 |
| Invoice | 11/3/2008 | 1257 | | Hector Aponte | | 10/19/2008 | 682 | 378.17 |
| Invoice | 11/9/2008 | 1308 | | Hector Aponte | | 11/3/2008 | 667 | 63.77 |
| Invoice | 12/9/2008 | 1343 | | Yadier Medina | | 11/9/2008 | 661 | 67.94 |
| Invoice | 12/14/2008 | 1465 | | Hector Aponte | | 12/9/2008 | 631 | 75.87 |
| Invoice | 12/24/2008 | 1502 | | Tres Leches Factory | | 12/14/2008 | 626 | 238.30 |
| Invoice | 12/25/2008 | 1500 | | Cardona, Irizarry & ... | | 12/24/2008 | 616 | 1,109.65 |
| Invoice | 1/16/2009 | 1501 | | Cardona, Irizarry & ... | | 12/25/2008 | 615 | 159.91 |
| Credit Memo | 1/23/2009 | 1541 | | Tres Leches Factory | | 1/16/2009 | 593 | -167.54 |
| Invoice | | 1583 | | HOLE IN ONE-Jose... | | 1/23/2009 | 586 | 23.73 |

## Cafe Valencia Inc.
## A/R Aging Detail
### As of September 1, 2010

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|--------------|
| Invoice | 2/1/2009 | 1623 | | Puerto Rico Compu... | | 2/1/2009 | 577 | 560.40 |
| Invoice | 2/8/2009 | 1649 | | HOLE IN ONE-Jose... | | 2/8/2009 | 570 | 81.00 |
| Invoice | 2/19/2009 | 1679 | | HOLE IN ONE-Jose... | | 2/19/2009 | 559 | 36.27 |
| Invoice | 2/21/2009 | 1685 | | Cardona, Irizarry & ... | | 2/21/2009 | 557 | 221.50 |
| Invoice | 2/26/2009 | 1689 | | Hipolito | | 2/26/2009 | 552 | 76.45 |
| Invoice | 3/4/2009 | 1714 | | HOLE IN ONE-Jose... | | 3/4/2009 | 546 | 109.00 |
| Invoice | 3/5/2009 | 1718 | | HOLE IN ONE-Jose... | | 3/5/2009 | 545 | 40.61 |
| Invoice | 3/7/2009 | 1719 | | Roberto Paniagua | | 3/7/2009 | 543 | 29.42 |
| Invoice | 3/15/2009 | 1743 | | HOLE IN ONE-Jose... | | 3/15/2009 | 535 | 197.00 |
| Invoice | 3/18/2009 | 1750 | | Cardona, Irizarry & ... | | 3/18/2009 | 532 | 49.06 |
| Invoice | 3/25/2009 | 1767 | | HOLE IN ONE-Jose... | | 3/25/2009 | 525 | 34.00 |
| Invoice | 4/2/2009 | 1799 | | Roberto Paniagua | | 4/1/2009 | 518 | 37.34 |
| Invoice | 4/2/2009 | 1860 | | U.P.R. Sr.Severino-... | | 4/2/2009 | 517 | 395.52 |
| Invoice | 4/3/2009 | 1800 | | HOLE IN ONE-Jose... | | 4/3/2009 | 516 | 53.00 |
| Invoice | 4/8/2009 | 1825 | | Roberto Paniagua | | 4/8/2009 | 511 | 7.50 |
| Invoice | 4/15/2009 | 1818 | | Cardona, Irizarry & ... | | 4/15/2009 | 504 | 327.42 |
| Invoice | 4/21/2009 | 1842 | | HOLE IN ONE-Jose... | | 4/21/2009 | 498 | 40.00 |
| Invoice | 4/30/2009 | 1856 | | Universidad de P.R. | | 4/30/2009 | 489 | 50.71 |
| Invoice | 5/1/2009 | 1872 | | Dr. San Miguel | | 5/1/2009 | 488 | 8.37 |
| Invoice | 5/1/2009 | 1874 | | Dr. San Miguel | | 5/1/2009 | 488 | 38.50 |
| Invoice | 5/2/2009 | 1877 | | Dr. San Miguel | | 5/2/2009 | 487 | 47.14 |
| Payment | 5/3/2009 | 2061 | | Cardona, Irizarry & ... | | 5/3/2009 | 486 | 3,842.76 |
| Invoice | 5/3/2009 | 5880 | | Hemco Electrical | | | | -10.00 |
| Invoice | 5/5/2009 | 1881 | | Dr. San Miguel | | 5/5/2009 | 484 | 29.42 |
| Invoice | 5/6/2009 | 1883 | | Roberto Paniagua | | 5/5/2009 | 484 | 13.81 |
| Invoice | 5/10/2009 | 1891 | | Puerto Rico Compu... | | 5/10/2009 | 479 | 461.34 |
| Invoice | 5/11/2009 | 1894 | | Ana G.Mendez-Asu... | | 5/11/2009 | 478 | 81.70 |
| Invoice | 5/18/2009 | 1901 | | Alfred Muñiz | | 5/18/2009 | 471 | 51.05 |
| Invoice | 5/19/2009 | 1921 | | Alfred Muñiz | | 5/19/2009 | 470 | 150.84 |
| Invoice | 5/22/2009 | 1931 | | Cardona, Irizarry & ... | | 5/22/2009 | 467 | 601.77 |
| Invoice | 5/22/2009 | 1933 | | Alfred Muñiz | | 5/22/2009 | 467 | 14.98 |
| Invoice | 5/22/2009 | 1937 | | Alfred Muñiz | | 5/22/2009 | 467 | 95.16 |
| Invoice | 5/24/2009 | 1939 | | Alfred Muñiz | | 5/24/2009 | 465 | 125.53 |
| Invoice | 5/24/2009 | 1940 | | Alfred Muñiz | | 5/24/2009 | 465 | 17.08 |
| Invoice | 5/26/2009 | 1950 | | Alfred Muñiz | | 5/26/2009 | 463 | 103.71 |
| Invoice | 5/29/2009 | 1944 | | Alfred Muñiz | | 5/29/2009 | 460 | 50.03 |
| Invoice | 5/29/2009 | 1957 | | Puerto Rico Compu... | | 5/29/2009 | 460 | 161.58 |
| Invoice | 6/4/2009 | 1960 | | Alfred Muñiz | | 6/4/2009 | 454 | 28.07 |
| Invoice | 6/5/2009 | 1974 | | Alfred Muñiz | | 6/5/2009 | 453 | 44.47 |
| Invoice | 6/6/2009 | 1978 | | HOLE IN ONE-Jose... | | 6/6/2009 | 452 | 90.45 |
| Invoice | 6/11/2009 | 1982 | | Alfred Muñiz | | 6/11/2009 | 447 | 55.82 |
| Invoice | 6/11/2009 | 1994 | | Alfred Muñiz | | 6/11/2009 | 447 | 141.89 |
| Invoice | 6/15/2009 | 2002 | | Roberto Paniagua | | 6/15/2009 | 443 | 26.16 |
| Invoice | 6/16/2009 | 2012 | | Roberto Paniagua | | 6/16/2009 | 442 | 17.12 |
| Invoice | 6/19/2009 | 2015 | | Puerto Rico Compu... | | 6/18/2009 | 440 | 154.08 |
| Invoice | 6/2/2009 | 2029 | | Alfred Muñiz | | 6/23/2009 | 435 | 17.08 |
| Invoice | 6/25/2009 | 1970 | | Alfred Muñiz | | 6/25/2009 | 433 | 127.68 |
| Invoice | 6/25/2009 | 2045 | | Alfred Muñiz | | 6/25/2009 | 433 | 34.16 |
| | | 2046 | | | | | | |

## Cafe Valencia Inc.
## A/R Aging Detail
### As of September 1, 2010

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| Invoice | 6/29/2009 | 2050 | | Alfred Muñiz | | 6/29/2009 | 429 | 7.50 |
| Invoice | 6/29/2009 | 2054 | | Cardona, Irizarry & ... | | 6/29/2009 | 429 | 103.57 |
| Invoice | 7/15/2009 | 2120 | | Roberto Paniagua | | 7/15/2009 | 413 | 21.90 |
| Invoice | 7/17/2009 | 2092 | | Roberto Paniagua | | 7/17/2009 | 411 | 19.21 |
| Invoice | 7/20/2009 | 2099 | | Dr. San Miguel | | 7/20/2009 | 408 | 38.06 |
| Invoice | 7/21/2009 | 2101 | | Roberto Paniagua | | 7/21/2009 | 407 | 19.21 |
| Invoice | 7/22/2009 | 2103 | | Dr. San Miguel | | 7/21/2009 | 407 | 35.71 |
| Invoice | 7/22/2009 | 2107 | | Roberto Paniagua | | 7/22/2009 | 406 | 17.12 |
| Invoice | 7/28/2009 | 2114 | | Dr. San Miguel | | 7/22/2009 | 406 | 35.71 |
| Invoice | 8/17/2009 | 2168 | | Cardona, Irizarry & ... | | 7/28/2009 | 400 | 92.82 |
| Invoice | 8/21/2009 | 2181 | | Cámara Oficial Esp... | | 8/17/2009 | 380 | 29.64 |
| Invoice | 9/27/2009 | 2244 | | Alfred Muñiz | | 8/21/2009 | 376 | 86.63 |
| Invoice | 10/2/2009 | 2256 | | Hemco Electrical | | 9/27/2009 | 339 | 10.00 |
| Invoice | 10/2/2009 | 2258 | | Canal 13 | | 10/2/2009 | 334 | 58.58 |
| Credit Memo | 10/9/2009 | 2252 | | Cardona, Irizarry & ... | | 10/2/2009 | 334 | 266.96 |
| Payment | 10/13/2009 | | | Jose Carlos Joglar | | 10/9/2009 | 327 | -566.05 |
| Payment | 10/13/2009 | | | Canal 13 | | | | -5,238.22 |
| Invoice | 10/17/2009 | 2278 | | Tres Leches Factory | | 10/17/2009 | 319 | -5,200.00 |
| Invoice | 10/23/2009 | 2289 | | Canal 13 | | 10/23/2009 | 313 | 496.70 |
| Invoice | 10/27/2009 | 2293 | | Cardona, Irizarry & ... | | 10/27/2009 | 309 | 155.48 |
| Invoice | 10/29/2009 | 2300 | | Canal 13 | | 10/29/2009 | 307 | 170.94 |
| Invoice | 11/1/2009 | 2310 | | Puerto Rico Compu... | | 11/1/2009 | 304 | 104.75 |
| Invoice | 11/6/2009 | 2320 | | Canal 13 | | 11/6/2009 | 299 | 340.08 |
| Payment | 11/10/2009 | | | Alfred Muñiz | | | | 89.08 |
| Invoice | 11/14/2009 | 2333 | | Puerto Rico Compu... | | 11/14/2009 | 291 | -158.04 |
| Invoice | 11/16/2009 | 2334 | | Canal 13 | | 11/16/2009 | 289 | 101.38 |
| Invoice | 11/17/2009 | 2335 | | Puerto Rico Compu... | | 11/17/2009 | 288 | 32.05 |
| Invoice | 11/18/2009 | 2336 | | Canal 13 | | 11/18/2009 | 287 | 181.36 |
| Invoice | 11/18/2009 | 2337 | | Cardona, Irizarry & ... | | 11/18/2009 | 287 | 37.18 |
| Invoice | 11/19/2009 | 2338 | | Canal 13 | | 11/19/2009 | 286 | 144.93 |
| Invoice | 11/21/2009 | 2308 | | Tres Leches Factory | | 11/21/2009 | 284 | 33.98 |
| Invoice | 11/24/2009 | 2345 | | ELA | | 11/24/2009 | 281 | 155.20 |
| Invoice | 12/1/2009 | 2353 | | Canal 13 | | 12/1/2009 | 274 | 21.53 |
| Invoice | 12/11/2009 | 2376 | | Canal 13 | | 12/11/2009 | 264 | 103.36 |
| Invoice | 12/14/2009 | 2372 | | Cardona, Irizarry & ... | | 12/14/2009 | 261 | 108.55 |
| Invoice | 12/14/2009 | 2373 | | Cardona, Irizarry & ... | | 12/14/2009 | 261 | 135.10 |
| Invoice | 12/22/2009 | 2385 | | Cardona, Irizarry & ... | | 12/22/2009 | 253 | 33.11 |
| Invoice | 12/22/2009 | 2386 | | U.P.R. Oficina del... | | 12/22/2009 | 253 | 348.44 |
| Invoice | 1/11/2010 | 2402 | | Cardona, Irizarry & ... | | 1/11/2010 | 233 | 341.60 |
| Invoice | 1/14/2010 | 2393 | | Agustin Gonzales | | 1/14/2010 | 230 | 121.44 |
| Invoice | 1/14/2010 | 2410 | | Canal 13 | | 1/14/2010 | 230 | 0.10 |
| Invoice | 1/14/2010 | 2411 | | Canal 13 | | 1/14/2010 | 230 | 51.57 |
| Invoice | 1/22/2010 | 2423 | | Canal 13 | | 1/22/2010 | 222 | 67.89 |
| Invoice | 1/22/2010 | 2425 | | Cardona, Irizarry & ... | | 1/22/2010 | 222 | 102.56 |
| Invoice | 2/2/2010 | 2440 | | Ramon Gonzalez | | 2/2/2010 | 211 | 260.82 |
| Invoice | 2/3/2010 | 2442 | | Canal 13 | | 2/3/2010 | 210 | 60.64 |
| Invoice | 2/5/2010 | 2445 | | Canal 13 | | 2/5/2010 | 208 | 48.96 |
| Invoice | 2/9/2010 | 2447 | | Ramon Gonzalez | | 2/9/2010 | 204 | 133.53 |
| | | | | | | | | 27.93 |

# Cafe Valencia Inc.
## A/R Aging Detail
### As of September 1, 2010

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| Payment | 2/18/2010 | 63377 | | Agustin Gonzales | | | | -0.10 |
| Invoice | 2/19/2010 | 2466 | | MEDICOOP | | 2/19/2010 | 194 | 86.51 |
| Invoice | 2/19/2010 | 2467 | | Cardona, Irizarry & ... | | 2/19/2010 | 194 | 322.65 |
| Invoice | 2/23/2010 | 2477 | | Alfred Muñiz | | 2/23/2010 | 190 | 5.88 |
| Invoice | 2/26/2010 | 2474 | | Canal 13 | | 2/26/2010 | 187 | 230.96 |
| Invoice | 3/10/2010 | 2487 | | U.P.R. Sr.Severino-... | | 3/10/2010 | 175 | 98.57 |
| Invoice | 3/12/2010 | 2494 | | Ramon Gonzalez | | 3/12/2010 | 173 | 85.03 |
| Invoice | 4/1/2010 | 2562 | | IAR Ismael Acosta | | 4/1/2010 | 153 | 50.93 |
| Invoice | 4/2/2010 | 2542 | | Ramon Gonzalez | | 4/2/2010 | 152 | 292.48 |
| Invoice | 4/5/2010 | 2543 | | Ramon Gonzalez | | 4/5/2010 | 149 | 38.91 |
| Invoice | 4/6/2010 | 2544 | | Ramon Gonzalez | | 4/6/2010 | 148 | 84.54 |
| Invoice | 4/7/2010 | 2545 | | Ramon Gonzalez | | 4/7/2010 | 147 | 131.27 |
| Invoice | 4/9/2010 | 2546 | | Ramon Gonzalez | | 4/9/2010 | 145 | 260.95 |
| Invoice | 4/12/2010 | 2527 | | Canal 13 | | 4/12/2010 | 142 | 56.49 |
| Invoice | 4/15/2010 | 2528 | | Cardona, Irizarry & ... | | 4/15/2010 | 139 | 186.00 |
| Invoice | 4/19/2010 | 2547 | | Ramon Gonzalez | | 4/19/2010 | 135 | 224.42 |
| Invoice | 4/22/2010 | 2554 | | Dr. San Miguel | | 4/22/2010 | 132 | 32.02 |
| Invoice | 4/23/2010 | 2555 | | Dr. San Miguel | | 4/23/2010 | 131 | 26.78 |
| Invoice | 4/27/2010 | 2548 | | Ramon Gonzalez | | 4/27/2010 | 127 | 32.78 |
| Invoice | 4/28/2010 | 2563 | | IAR Ismael Acosta | | 4/28/2010 | 126 | 35.31 |
| Invoice | 5/5/2010 | 2571 | | Canal 13 | | 5/5/2010 | 119 | 116.76 |
| Invoice | 5/7/2010 | 2575 | | Ramon Gonzalez | | 5/7/2010 | 117 | 154.82 |
| Invoice | 5/9/2010 | 2577 | | Ramon Gonzalez | | 5/9/2010 | 115 | 542.89 |
| Invoice | 5/14/2010 | 2579 | | Canal 13 | | 5/14/2010 | 110 | 127.32 |
| Invoice | 5/14/2010 | 2581 | | Ramon Gonzalez | | 5/14/2010 | 110 | 96.69 |
| Invoice | 5/16/2010 | 2618 | | Dr. San Miguel | | 5/16/2010 | 108 | 41.41 |
| Invoice | 5/17/2010 | 2613 | | Ramon Gonzalez | | 5/17/2010 | 107 | 79.49 |
| Invoice | 5/17/2010 | 2614 | | IAR Ismael Acosta | | 5/17/2010 | 107 | 47.83 |
| Invoice | 5/18/2010 | 2584 | | Ramon Gonzalez | | 5/18/2010 | 106 | 116.48 |
| Invoice | 5/18/2010 | 2617 | | Fernando Fernández | | 5/18/2010 | 106 | 112.54 |
| Invoice | 5/19/2010 | 2586 | | Canal 13 | | 5/19/2010 | 105 | 71.16 |
| Invoice | 5/21/2010 | 2588 | | Dr. San Miguel | | 5/21/2010 | 103 | 30.19 |
| Invoice | 5/21/2010 | 2590 | | Dr. San Miguel | | 5/21/2010 | 103 | 19.46 |
| Invoice | 5/21/2010 | 2592 | | Ramon Gonzalez | | 5/21/2010 | 103 | 114.80 |
| Invoice | 5/24/2010 | 2594 | | Dr. San Miguel | | 5/24/2010 | 100 | 20.22 |
| Invoice | 5/25/2010 | 2595 | | IAR Ismael Acosta | | 5/25/2010 | 99 | 47.27 |
| Invoice | 5/25/2010 | 2600 | | HOLE IN ONE-Jose... | | 5/25/2010 | 99 | 55.18 |
| Invoice | 5/28/2010 | 2604 | | Canal 13 | | 5/28/2010 | 96 | 78.38 |
| Invoice | 5/29/2010 | 2607 | | Dr. San Miguel | | 5/29/2010 | 95 | 18.13 |
| Invoice | 5/29/2010 | 2608 | | Dr. San Miguel | | 5/29/2010 | 95 | 35.20 |
| Invoice | 5/30/2010 | 2609 | | Dr. San Miguel | | 5/30/2010 | 94 | 22.20 |
| Invoice | 5/31/2010 | 2622 | | Dr. San Miguel | | 5/31/2010 | 93 | 36.86 |
| Invoice | 6/2/2010 | 2624 | | Ramon Gonzalez | | 6/2/2010 | 91 | 6.42 |
| Invoice | 6/2/2010 | 2627 | | Canal 13 | | 6/2/2010 | 91 | 88.75 |
| Total > 90 | | | | | | | | 30,037.27 |
| TOTAL | | | | | | | | 32,686.42 |


Exhibit 2
Schedules

# APPRAISAL VALUE
# FOOD SERVICE EQUIPMENT
## Rest. Valencia

| Qty. | Description | Value | Total |
|---|---|---|---|
| 1 | Bottle Cooler | $500.00 | $500.00 |
| 1 | Glass Washer | 350.00 | 350.00 |
| 1 | Sink | 200.00 | 200.00 |
| 1 | Bar Blender | 50.00 | 50.00 |
| 2 | Refrigerator Display | 1,500.00 | 3,000.00 |
| 1 | Freezer- 1 Door | 700.00 | 700.00 |
| 1 | Salamander Broiler | 200.00 | 200.00 |
| 1 | Ice Machine | 2,500.00 | 2,500.00 |
| 1 | Refrigerator Display | 1,500.00 | 1,500.00 |
| 2 | Microwave | 150.00 | 300.00 |
| 1 | Refrigerator - 2 Doors | 1,200.00 | 1,200.00 |
| 1 | Freezer- 1 Door | 700.00 | 700.00 |
| 2 | Range w/ Ovens | 2,000.00 | 4,000.00 |
| 1 | Grill Range w/ Oven | 1,200.00 | 1,200.00 |
| 4 | Range w/ Ovens | 800.00 | 3,200.00 |
| 1 | Fryer | 500.00 | 500.00 |
| 1 | Hood S/S | 1,800.00 | 1,800.00 |
| 1 | Extractor Fan | 500.00 | 500.00 |
| 1 | Bain Marie | 300.00 | 300.00 |
| 1 | Chef Table | 1,500.00 | 1,500.00 |
| 1 | Dishwasher Machine | 1,800.00 | 1,800.00 |
| 2 | Work Table S/S Top | 500.00 | 1,000.00 |
| 1 | 2-Compartment Sink | 150.00 | 150.00 |
| 1 | Meat Saw | 1,200.00 | 1,200.00 |
| 1 | Slicer | 400.00 | 400.00 |
| 1 | Work Table | 150.00 | 150.00 |
| 1 | Potato Peeler | 350.00 | 350.00 |
| 12 | Table 24" x 24" | 50.00 | 600.00 |
| 10 | Table 36" x 36" | 75.00 | 750.00 |
| 5 | Round Table | 100.00 | 500.00 |
| 117 | Chair | 60.00 | 7,020.00 |
| 2 | Compressor & Evaporator | 500.00 | 1,000.00 |
| 6 | Rectangular Table | 75.00 | 450.00 |
| 140 | Stacking Chair | 45.00 | 6,300.00 |
| 14 | Round Table | 50.00 | 700.00 |
| 1 | Kitchen Sink | 400.00 | 400.00 |
| 1 | Soil Table | 250.00 | 250.00 |
| 1 | Table w/ Sink | 600.00 | 600.00 |
| 1 | table w/ Two Undershelves | 850.00 | 850.00 |
| 1 | Warming Drawer Unit | 1,000.00 | 1,000.00 |
| 1 | Heated Cabinet | 2,500.00 | 2,500.00 |
| 1 | Ice Cart | 500.00 | 500.00 |
| 1 | Glassware, Dishware, Flatware | 7,500.00 | 7,500.00 |
| 1 | Kitchen Utensils | 2,000.00 | 2,000.00 |
| | **Total Estimated Value** | | **$62,170.00** |


Exhibit 3
Schedules

Blumberg No. 5117

# INVENTARIO Barra

Date  11/23/10

| PRODUCTO | BOT-CJ | PRECIO | TOTAL | PRODUCTO | BOT-CJ | PRECIO | TOTAL |
|---|---|---|---|---|---|---|---|
| GRANADINE | 5 | $3.79 | 18.95 | BEEFEATER | 2 | 15.23 | 30.46 |
| CREMA CACAO | 5 | $7.99 | 39.95 | TEQUILA | 2 | 14.80 | 29.60 |
| MALIBU | 1 | $16.99 | 16.99 | JACK DANIELS | 1 | 19.59 | 19.59 |
| CHERIES | 3 | $7.79 | 23.37 | VODKA GREY G | 2 | 32.00 | 64.00 |
| RED LABEL | 4 | $21.33 | 85.32 | SAMBUCA BLAN | 2 | 19.16 | 38.32 |
| CAMPARIS | 2 | $22.00 | 44.00 | ABSOLUT | 1 | 32.52 | 32.52 |
| COINTREU | 4 | $23.00 | 92.00 | LICOR 43 | 1 | 15.99 | 15.99 |
| BAILEYS | 1 | $18.75 | 18.75 | AMARETO DISA | 1 | 19.99 | 19.99 |
| PASOA | 1 | $14.50 | 14.50 | PINCH | 1 | 24.94 | 24.94 |
| OPORTO | 2 | $12.49 | 24.98 | ANAKENA | 23 | 7.75 | 178.25 |
| TIO PEPE | 4 | $15.79 | 63.16 | PROTOCOLO | 11 | 6.83 | 75.13 |
| FELIPE | 2 | $15.00 | 30.00 | TRIVENTO | 9 | 6.85 | 61.65 |
| TANQUERAY | 1 | $18.67 | 18.67 | JUGO DE PIÑA | 1 | 23.99 | 23.99 |
| FRANGELICO | 3 | $19.08 | 57.24 | COCO LOPE | 2 | 30.99 | 61.98 |
| DRYSACK | 6 | $9.99 | 59.94 | PERIER | 2 | 18.69 | 37.38 |
| CRÈME MENTHE | 1 | $12.95 | 12.95 | COCA COLA RE | 4 | 8.05 | 32.20 |
| CALVERT GIN | 6 | $10.00 | 60.00 | 7 UP REGULAR | 3 | 6.75 | 20.25 |
| BLACK LABEL | 3 | $28.08 | 84.24 | COCA COLA DIE | 6 | 8.05 | 48.30 |
| TRIPLE SEC | 4 | $6.24 | 24.96 | 7 UP DIETA | 2 | 6.75 | 13.50 |
| DON Q LIMON | 2 | $10.87 | 21.74 | COCA COLA ZE | 1 | 8.05 | 8.05 |
| DONQ GOLD | 1 | $12.00 | 12.00 | HEINEKEN LIGH | 1 | 30.26 | 30.26 |
| DON Q AÑEJO | 1 | $13.75 | 13.75 | HEINEKEN REG | 2 | 30.26 | 60.52 |
| BACARDI 151 | 1 | $12.08 | 12.08 | HEINEKEN DL | 1 | 31.77 | 31.77 |
| BACARDI GOLD | 2 | $13.00 | 26.00 | MEDALLA | 1 | 20.77 | 20.77 |
| KAHLUA | 3 | $15.05 | 45.15 | COORS LIGHT | 1 | 27.05 | 27.05 |
| BAC.BIG APPLE | 4 | $10.09 | 40.36 | PRESIDENTE | 1 | 27.99 | 27.99 |
| BACARDI RAZZ | 1 | $11.95 | 11.95 | BUDWEISER | 1 | 27.49 | 27.49 |
| DEWARS | 7 | $18.80 | 131.60 | MICHELOB | 1 | 25.98 | 25.98 |
| MIDORI | 2 | $18.99 | 37.98 | CORONA | 1 | 27.08 | 27.08 |
| BOMBAY | 1 | $18.00 | 18.00 | AGUA | 1 | 5.99 | 5.99 |
| CINZANO DUL | 2 | $8.63 | 17.26 | FUNDADOR | 2 | 17.50 | 35.00 |
| CINZANO SECO | 3 | $8.63 | 25.89 | DUBONET | 1 | 13.00 | 13.00 |
| BACARDI BLC | 2 | $9.53 | 19.06 | BACARDI RESV | 1 | 19.95 | 19.95 |
| FINLANDIA | 7 | $14.04 | 98.28 | SKYY | 2 | 13.45 | 26.90 |
| STOLICHNAYA | 4 | $13.07 | 52.28 | SAMBUCA NEG. | 1 | 19.16 | 19.16 |
| DON Q CRYSTA | 7 | $10.94 | 76.58 | BAC.PEACH | 2 | 12.00 | 24.00 |
| CHIVAS | 1 | $23.30 | 23.30 | ANIS PALOMA | 4 | 9.00 | 36.00 |
| HPNOTIQ | 1 | $20.00 | 20.00 | REMY MARTIN | 1 | 49.00 | 49.00 |
| BATASIOLO | 1 | $15.00 | 15.00 | J.CRANBERRY | 3 | 8.39 | 25.17 |
| JUGO TORONJA | 1 | $15.00 | 15.00 | JUGO TOMATE | 1 | 15.49 | 15.49 |
| G.DUQUE ALBA | 1 | $50.00 | 50.00 | | | | |
| | **SUB-TOTAL** | | **$1,573.23** | | **SUB-TOTAL** | | **$1,384.66** |
| | | | | | **TOTAL** | | **$2,957.89** |


Exhibit 4
Schedules
Blumberg No. 5117

# INVENTARIO VINOS

Date 11/23/10

| PRODUCTO | B-CJ | PRECIO | TOTAL | PRODUCTO | B-CJ | PRECIO | TOTAL |
|---|---|---|---|---|---|---|---|
| FUZION | 16 | $7.65 | 122.40 | **CHAMPAGNE** | | | |
| FINCA ESTACADA | 12 | $10.88 | 130.56 | VENDENG ROSA | 11 | $6.82 | 75.02 |
| ARZUAGA | 3 | $22.19 | 66.57 | FREIXENET | 4 | $15.00 | 60.00 |
| MUGA | 4 | $22.70 | 90.80 | SEGURA VIUDA | 5 | $10.16 | 50.80 |
| PATA NEGRA | 10 | $9.89 | 98.90 | SIDRA | 5 | $1.19 | 5.95 |
| MARQ.DE CACER | 2 | $11.94 | 23.88 | V. CLICQUOT | 2 | $47.39 | 94.78 |
| PROTO RESERVA | 4 | $30.39 | 121.56 | S.VIUDA ROSA | 2 | $10.16 | 20.32 |
| HESS | 3 | $14.99 | 44.97 | MOET CHANDON | 2 | $38.54 | 77.08 |
| STERLING MERLO | 2 | $22.99 | 45.98 | G. BARON CAVA | 1 | $9.99 | 9.99 |
| MATA ROMERO | 3 | $20.14 | 60.42 | QUATRO.MALB. | 6 | $7.75 | 46.50 |
| EMILIO MORO | 1 | $19.79 | 19.79 | | | | |
| STERLING CAB. | 3 | $23.59 | 70.77 | | | | |
| LAN RESERVA | 12 | $14.79 | 177.48 | | | | |
| TRIVENTO | 16 | $6.85 | 109.60 | | | | |
| LAN CRIANZA | 9 | $11.21 | 100.89 | | | | |
| PROTOCOLO | 10 | $6.83 | 68.30 | | | | |
| CVIEJO GR RESV | 3 | $16.99 | 50.97 | | | | |
| CVIEJO RESERVA | 3 | $14.39 | 43.17 | | | | |
| VIÑA ALBERDI | 3 | $14.94 | 44.82 | | | | |
| R MONDAVI CAB. | 3 | $26.49 | 79.47 | | | | |
| STERLING WINTE | 3 | | | | | | |
| MARQUEZ RISCA | 3 | $15.35 | 46.05 | | | | |
| VIÑA MAY. RESV | 4 | $18.79 | 75.16 | | | | |
| VIÑA MAY. CRIAZ | 3 | $10.99 | 32.97 | | | | |
| MUGA 1/2 Bot. | 9 | $12.00 | 108.00 | | | | |
| PROTO CRIANZA | 4 | $18.99 | 75.96 | | | | |
| CONDE VALDEMA | 4 | $16.99 | 67.96 | | | | |
| UNDURG SAUVIG | 4 | $6.46 | 25.84 | | | | |
| ANAKENA | 11 | $7.75 | 85.25 | | | | |
| UNDURG CHARD | 10 | $6.46 | 64.60 | | | | |
| COTTO BLANCO | 2 | $9.99 | 19.98 | | | | |
| SANTIAGO RUIZ | 5 | $16.50 | 82.50 | | | | |
| SAN.MARGHERIT | 6 | $25.29 | 151.74 | | | | |
| R. MANDAVI CHA | 6 | $20.99 | 125.94 | | | | |
| LAGAR CEVERA | 6 | $13.77 | 82.62 | | | | |
| ALAMO CHARD. | 5 | $8.96 | 44.80 | | | | |
| | | **SUB-TOTAL** | **$2,660.67** | | | **SUB-TOTAL** | $440.44 |
| | | | | | | **TOTAL** | **$3,101.11** |


Exhibit 5 Schedules

# INVENTARIO COOLER

Date 11/23/10

| PRODUCTO | U-CJ | PRECIO | TOTAL | PRODUCTO | U-CJ | PRECIO | TOTAL |
|---|---|---|---|---|---|---|---|
| Mas.de Perejil | 6 | $1.00 | 6.00 | | | | |
| Brocolis | 1 | $36.00 | 36.00 | | | | |
| Tocineta | 3 | $14.99 | 44.97 | | | | |
| Que.Manchego | 1 | $115.00 | 115.00 | | | | |
| Jamon Serrano | 1 | $34.04 | 34.04 | | | | |
| Ajos | 1 | $40.00 | 40.00 | | | | |
| Tomates | 1 | $22.00 | 22.00 | | | | |
| Cebollas | 1 | $23.00 | 23.00 | | | | |
| Leche | 27 | $2.63 | 71.01 | | | | |
| Limones | 1 | $30.00 | 30.00 | | | | |
| Chinas | 1 | $17.00 | 17.00 | | | | |
| Repollo | 1 | $24.00 | 24.00 | | | | |
| Quezo Crema | 2 | $19.99 | 39.98 | | | | |
| Q.Suizo Barra | 1 | $60.00 | 60.00 | | | | |
| Q.Blanco Freir | 4 | $45.30 | 181.20 | | | | |
| Jamones 4x4 | 7 | $13.99 | 97.93 | | | | |
| Chorizo | 5 | $65.34 | 326.70 | | | | |
| Manteq. Barra | 4 | $8.99 | 35.96 | | | | |
| Zanahoria | 1 | $14.00 | 14.00 | | | | |
| Huevos | 2 | $46.00 | 92.00 | | | | |
| Pimiento Cuba. | 1 | $28.00 | 28.00 | | | | |
| Lechuga Ame. | 10 | $1.50 | 15.00 | | | | |
| Platanos | 150 | $0.60 | 90.00 | | | | |
| Papa de Coc. | 1 | $19.00 | 19.00 | | | | |
| Papas 90 | 1 | $32.00 | 32.00 | | | | |
| Flan de Coco | 6 | $8.00 | 48.00 | | | | |
| Flan de Quezo | 6 | $8.00 | 48.00 | | | | |
| Merengón | 6 | $8.00 | 48.00 | | | | |
| Tres Leches | 8 | $23.00 | 184.00 | | | | |
| Budin | 6 | $8.00 | 48.00 | | | | |
| MilHojas Guay | 1 | $30.00 | 30.00 | | | | |
| MilHojas D Lec | 1 | $30.00 | 30.00 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | SUB-TOTAL | | $1,930.79 | | SUB-TOTAL | | |
| | | | | | TOTAL | | $1,930.79 |


Exhibit 6
Schedules

# INVENTARIO BEBIDA Y LICORES

Date __11/23/10__

| PRODUCTO | B-CJ | PRECIO | TOTAL | PRODUCTO | B-CJ | PRECIO | TOTAL |
|---|---|---|---|---|---|---|---|
| GRANADINE | 3 | 3.79 | 11.37 | BEEFEATER | 2 | 15.23 | 30.46 |
| C.DE CACAO | 3 | 7.99 | 23.97 | TEQUILA | 3 | 14.80 | 44.40 |
| J.CRAMBER. | 5 | 8.39 | 41.95 | JACK DANIELS | 1 | 19.59 | 19.59 |
| CHERIES | 3 | 7.79 | 23.37 | VODKA GREY | 1 | 32.00 | 32.00 |
| DUQUE ALVA | 2 | 50.00 | 100.00 | SAMBUCA BLAN | 1 | 19.16 | 19.16 |
| COURVOISIER | 1 | 48.00 | 48.00 | ABSOLUT | 1 | 32.52 | 32.52 |
| COINTREU | 3 | 23.00 | 69.00 | LICOR 43 | 1 | 15.99 | 15.99 |
| BAILEYS | 1 | 18.75 | 18.75 | AMARETO | 1 | 16.99 | 16.99 |
| PASOA | 2 | 14.50 | 29.00 | PINCH | 1 | 24.94 | 24.94 |
| OPORTO | 1 | 12.49 | 12.49 | SKYY | 1 | 13.45 | 13.45 |
| TIO PEPE | 5 | 15.79 | 78.95 | NIKOLAI | 1 | 5.48 | 5.48 |
| FELIPE | 2 | 15.00 | 30.00 | | | | |
| TANQUERAY | 2 | 18.67 | 37.34 | | | | |
| FRANGELICO | 1 | 19.08 | 19.08 | | | | |
| DRYSACK | 2 | 9.99 | 19.98 | | | | |
| CRÈ DE MENTA | 6 | 12.95 | 77.70 | | | | |
| CALVERT GIN | 7 | 10.00 | 70.00 | | | | |
| BLACK LABEL | 11 | 28.08 | 308.88 | | | | |
| TRIPLE SEC | 3 | 6.24 | 18.72 | | | | |
| DON Q LIMON | 3 | 10.87 | 32.61 | | | | |
| DONQ GOLD | 1 | 12.00 | 12.00 | | | | |
| DON Q AÑEJO | 1 | 13.75 | 13.75 | | | | |
| BACARDI 151 | 1 | 12.08 | 12.08 | | | | |
| BACARDI GOLD | 3 | 13.00 | 39.00 | | | | |
| KAHLUA | 1 | 15.05 | 15.05 | | | | |
| BACARDI B APP | 2 | 10.09 | 20.18 | | | | |
| BACARDI RAZZ | 2 | 11.95 | 23.90 | | | | |
| DEWARS | 14 | 18.80 | 263.20 | | | | |
| MIDORI | 1 | 18.99 | 18.99 | | | | |
| BOMBAY | 2 | 18.00 | 36.00 | | | | |
| CINZANO DUL | 5 | 8.63 | 43.15 | | | | |
| CINZANO SEC | 1 | 8.63 | 8.63 | | | | |
| BACARDI BLAN | 4 | 9.53 | 38.12 | | | | |
| FINLANDIA | 7 | 14.04 | 98.28 | | | | |
| STOLICHNAYA | 1 | 13.07 | 13.07 | | | | |
| DON Q CRYSTA | 1 | 10.94 | 10.94 | | | | |
| CHIVAS | 1 | 23.30 | 23.30 | | | | |
| SUB-TOTAL | | | $1,760.80 | SUB-TOTAL | | | $254.98 |
| | | | | TOTAL | | | $2,015.78 |


Exhibit 7
Schedules
Bloomberg No. 5157

# INVENTARIO FREZER

Date __11/23/10__

| PRODUCTO | U-LBS | $ por LBS | TOTAL | PRODUCTO | U-CJ | $ por LBS | TOTAL |
|---|---|---|---|---|---|---|---|
| Pollo Entero | 33 | $1.19 | 39.27 | | | | |
| Pechuga Pollo | 40 | $1.89 | 75.60 | | | | |
| Filete Cerdo | 8 | $2.99 | 23.92 | | | | |
| Filete de res | 68 | $9.29 | 631.72 | | | | |
| Lascon | 26.75 | $1.79 | 47.88 | | | | |
| Churrasco | 45 | $6.19 | 278.55 | | | | |
| T Bone | 65 | $5.89 | 382.85 | | | | |
| Sirloin | 65 | $5.79 | 376.35 | | | | |
| Osobuco | 12 | $5.90 | 70.80 | | | | |
| Lenguado Ent. | 24 | $3.89 | 93.36 | | | | |
| Pato | 12 | $2.59 | 31.08 | | | | |
| Almejas | 5 | $55.00 | 275.00 | | | | |
| Mejillones | 24 | $2.99 | 71.76 | | | | |
| Salmon | 10 | $5.79 | 57.90 | | | | |
| Filete Dorado | 10 | $5.69 | 56.90 | | | | |
| Rodaballo | 50 | $10.99 | 549.50 | | | | |
| Filete Mero | 40 | $3.89 | 155.60 | | | | |
| Calamares | 22 | $2.29 | 50.38 | | | | |
| Sepia | 40 | $5.89 | 235.60 | | | | |
| King Krab | 30 | $2.99 | 89.70 | | | | |
| Bacalao | 40 | $7.99 | 319.60 | | | | |
| Ostras (Caja) | 1 | $80.00 | 80.00 | | | | |
| Camarones U/15 | 50 | $9.59 | 479.50 | | | | |
| Camarones U/8 | 24 | $14.50 | 348.00 | | | | |
| Camarones 21/25 | 24 | $5.97 | 143.28 | | | | |
| Langosta 14/16 | 40 | $18.99 | 759.60 | | | | |
| Mast. Lang. 12/14 | 40 | $18.99 | 759.60 | | | | |
| Amarillos | 2 | $39.54 | 79.08 | | | | |
| Jugo de China | 1 | $9.44 | 9.44 | | | | |
| Jamon de Cocina | 4 | $20.00 | 80.00 | | | | |
| Langostinos | 1 | $343.72 | 343.72 | | | | |
| Empanadillas | 6 | 15.00 | 90.00 | | | | |
| Lasagñas | 17 | 4.85 | 82.45 | | | | |
| Straberry Bar Mix | 1 | 85.10 | 85.10 | | | | |
| Clara de Huevos | 1 | 40.39 | 40.39 | | | | |
| Pan por libras | 130 | 1.30 | 169.00 | | | | |
| Piernita Cordero | 1 | 115.00 | 115.00 | | | | |
| | SUB-TOTAL | | $7,577.48 | | SUB-TOTAL | | |
| | | | | | TOTAL | | $7,577.48 |



# INVENTARIO ALMACEN

Date 11/23/10

| PRODUCTO | U-CJ | PRECIO | TOTAL | PRODUCTO | U-CJ | PRECIO | TOTAL |
|----------|------|--------|-------|----------|------|--------|-------|
| Pepinillos | 1 | 7.69 | 7.69 | Cerveza N-Alh | 2 | 16.10 | 32.20 |
| Aceite | 1 | 35.98 | 35.98 | Heineken Dark | 2 | 31.77 | 63.54 |
| Arroz | 9 | 35.51 | 319.59 | Presidente | 3 | 27.99 | 83.97 |
| Vinagre | 1 | 10.29 | 10.29 | A. Pelegrino | 2 | 17.50 | 35.00 |
| Mayonesa | 2 | 28.74 | 57.48 | Perier | 2 | 18.69 | 37.38 |
| Hab. Rojas | 2 | 15.40 | 30.80 | Cerv. Medalla | 4 | 20.77 | 83.08 |
| Garbanzo | 1 | 15.99 | 15.99 | Coors | 5 | 27.05 | 135.25 |
| Hab. Blancas | 1 | 15.99 | 15.99 | Heineken Light | 5 | 30.26 | 151.30 |
| Canelines | 1 | 31.19 | 31.19 | Heineken Reg. | 4 | 30.26 | 121.04 |
| S. Inglesa | 3 | 6.89 | 20.67 | Corona | 2 | 27.08 | 54.16 |
| Scargot | 1 | 78.00 | 78.00 | Budweiser | 2 | 27.49 | 54.98 |
| Vainilla | 1 | 7.59 | 7.59 | 7UP Dieta | 12 | 6.75 | 81.00 |
| Alcaparra | 3 | 5.49 | 16.47 | 7UP Regular | 16 | 6.75 | 108.00 |
| Aceitunas | 1 | 11.75 | 11.75 | Coca Cola Zero | 1 | 8.05 | 8.05 |
| Dolile#8 | 2 | 26.15 | 52.30 | Coca Cola Reg | 13 | 8.05 | 104.65 |
| Doiles#12 | 2 | 37.19 | 74.38 | Michelo | 3 | 25.98 | 77.94 |
| Pasas | 1 | 32.99 | 32.99 | Kepchut Potes | 1 | 24.99 | 24.99 |
| A. Mahatma | 12 | 2.99 | 35.88 | Coca Cola Dieta | 17 | 8.05 | 136.85 |
| V. Cocinero | 2 | 24.99 | 49.98 | Agua Tonica | 1 | 13.99 | 13.99 |
| P. Tomate | 1 | 41.99 | 41.99 | Agua Soda | 1 | 12.99 | 12.99 |
| Kepchut Latas | 1 | 29.34 | 29.34 | Jugo de Piña | 1 | 23.99 | 23.99 |
| Pimientos | 3 | 35.94 | 107.82 | Platos Dch. Gro | 2 | 39.99 | 79.98 |
| Sweet Peas | 5 | 34.68 | 173.40 | Platos Dch. Peq | 2 | 16.00 | 32.00 |
| L. Evaporada | 2 | 26.69 | 53.38 | Vasos 12oz | 3 | 8.99 | 26.97 |
| Gandules | 2 | 17.99 | 35.98 | Calumet | 1 | 30.00 | 30.00 |
| Setas | 3 | 10.29 | 30.87 | B. Alum. 1174 | 1 | 58.00 | 58.00 |
| Mantequilla | 3 | 10.49 | 31.47 | B. Alum. 1170 | 1 | 56.70 | 56.70 |
| Esparragos | 2 | 192.00 | 384.00 | B. Alum. 1150 | 1 | 42.92 | 42.92 |
| Sal | 1 | 12.49 | 12.49 | B. Alum. 1140 | 1 | 42.08 | 42.08 |
| Bombillas | 1 | 8.79 | 8.79 | Tapas Peq. | 1 | 31.42 | 31.42 |
| Cucharas Des. | 1 | 12.49 | 12.49 | Tapas Grandes | 2 | 38.33 | 76.66 |
| L. Condensada | 1 | 35.94 | 35.94 | Splenda | 1 | 19.89 | 19.89 |
| Azucar | 12 | 4.45 | 53.40 | Azucar Sobres | 1 | 14.79 | 14.79 |
| G. Molida | 2 | 14.49 | 28.98 | Sorbetos | 3 | 2.99 | 8.97 |
| Coco Lope | 2 | 30.99 | 61.98 | Mani | 1 | 8.59 | 8.59 |
| Harina Blc. | 1 | 12.99 | 12.99 | Bolsas Basura | 1 | 12.49 | 12.49 |
| H. Maiz | 1 | 12.99 | 12.99 | Clorox | 1 | 9.95 | 9.95 |
| | SUB-TOTAL | | $2,033.31 | | SUB-TOTAL | | $1,995.76 |
| | | | | | TOTAL | | $4,029.07 |


Exhibit 9
Schedules
Blumberg No. 5117

# INVENTARIO ALMACEN

**Date** 11/23/10

| PRODUCTO | U-CJ | PRECIO | TOTAL | PRODUCTO | U-CJ | PRECIO | TOTAL |
|---|---|---|---|---|---|---|---|
| Lestoil | 3 | 6.49 | 19.47 | | | | |
| Mistolin | 1 | 29.94 | 29.94 | | | | |
| Vel | 1 | 26.37 | 26.37 | | | | |
| Dr. Mecanico | 1 | 20.00 | 20.00 | | | | |
| Calamares Tint | 1 | 21.49 | 21.49 | | | | |
| Spaguettis #8 | 1 | 24.99 | 24.99 | | | | |
| Chicken Base | 3 | 14.49 | 43.47 | | | | |
| Tenedores Des | 1 | 10.00 | 10.00 | | | | |
| Platos Des. | 1 | 39.99 | 39.99 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | SUB-TOTAL | | $235.72 | | SUB-TOTAL | | |
| | | | | | TOTAL | | $235.72 |

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In Re  CAFE VALENCIA, INC.

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None  ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE | |
|---|---|---|---|
| 2010 | 1,210,000.00 | ESTIMATE OPERATIONS | FY: 7/1/2009 to 6/30/2010 |
| 2009 | 1,739,401.85 | ESTIMATE OPERATIONS | FY: 7/1/2008 to 6/30/2009 |
| 2008 | 1,370,956.00 | TAX RETURN | FY: 7/1/2007 to 6/30/2008 |

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| PRIME MEET<br>356 AMERICO MIRANDA AVE.<br>SAN JUAN, PR 00927 | | 2,800.00 | |
| B. FERNANDEZ<br>PO BOX 363629<br>SAN JUAN, PR 00936-3629 | | 2,800.00 | |
| EMPRESAS DE GAS<br>BOX 1025<br>SABANA SECA, PR 00952-1025 | | 3,257.93 | |
| AXESA<br>PO BOX 70373<br>SAN JUAN, PR 00936-8373 | | 690.00 | |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| JOSE ANTONIO DE MARCO H/N/C INTERNATIONAL BEEF & VEAL CO. PO BOX 9065783 SAN JUAN, PR 00906-5783 | | 1,000.00 | |
| CANCECO | | 3,893.43 | |

None
☐    c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

EXHIBIT 1

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| JOSE ANTONIO DE MARCO H/N/ COMO INTERNATIONAL BEEF & VEAL VS. CIVIL CASE NO. KCM2010-1470 | COLLECTION OF MONEYS | TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE SAN JUAN | DISMISSAL WITHOUT PREJUDICE |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| NORTHWESTERN SELECTA, INC. VS. ANGEL RIVERA, SU ESPOSA FULANA DE TAL Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS, POR SI Y HACIENDO NEGOCIOS COMO RESTAURANT CAFE VALENCIA CIVIL CASE. KCD2010-0327 (504) | COLLECTION OF MONEYS | TRIBUNAL DE PRIMERA ISNTANCIA SALA SUPERIOR DE SAN JUAN | INITIAL PROCEEDING |
| MUNICIPIO DE SAN JUAN VS. CAFE VALENCIA, INC. CASE NO. KCD2010-1849 | COLLECTION OF MONEYS | TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIROR DE SAN JUAN | DISCOVERY |
| SEA WORLD, INC. VS. CAFE VALENCIA INCORPORADO CIVIL CASE NO. KCD2010-1162 | COLLECTION OF MONEYS | TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE SAN JUAN | INITIAL PROCEEDING |
| DCF, INC. VS. CAFE VALENCIA, ET ALS CASE NO. KCM2010-2227 | COLLECTION OF MONEYS | TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE SAN JUAN | SETTLED |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| INTERNAL REVENUE SERVICES POST OFFICE BOX 21126 PHILADELPHIA, PA 19114-0326 | MAY 2010 | ACCOUNT NO. 4504003772/WESTERNBANK $13,000.00 APPROX. |

### 5. Repossessions, foreclosures and returns

None ☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and Receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Carmen D. Conde Torres C. CONDE & ASSOCIATES 254 SAN JOSE STREET SUITE 5 SAN JUAN, PR 00901-1523 | 10/6/2010 | $25,000.00 |

**10. Other transfers**

None ☒

    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

    b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☒

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

    a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.  Nature, location and name of business**

None

☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, record and financial statements

None ☐    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| IRIZARRY, RODRIGUEZ & CO., PSC<br>PO BOX 25070<br>SAN JUAN, PR 00928-5070 | JULY 2005-2010 |

---

None ☐    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| IRIZARRY, RODRIGUEZ & CO., PSC | PO BOX 25070<br>SAN JUAN, PR 00928-5070 | 2008-2010 |

---

None ☐    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| IRIZARRY, RODRIGUEZ & CO., PSC | PO BOX 25070<br>SAN JUAN, PR 00928-5070 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

None ☐   d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 | 2008 APPROX. |
| BPPR<br>PO BOX 70354<br>SAN JUAN, PR 00936-8354 | 2008 APPROX. |

**20. Inventories**

None ☐   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| NOVEMBER 2010 | YADIEL MEDINA AND MAGALY RIVERA | SEE SCHEDULE B NO. 30 AND EXHIBITS 3 TO 9 |

None ☐   b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| NOVEMBER 2010 | YADIEL MEDINA AND MAGALY RIVERA |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-4.749 - 31846 - PDF-XChange 2.5 DE

None ☐  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| ANGEL RIVERA RUIZ<br>GREEN HILLS U-4<br>URB. GARDEN HILLS SUR<br>GUAYNABO, PR 00966 | PRESIDENT | |
| ROBERTO MARTIN<br>1127 CALLE SEGOVIA<br>URB. TORRIMAR<br>GUAYNABO, PR 00966 | VICE-PRESIDENT/SECRETARY | |
| VALENCIA ADQUISITION CORP. | | 100% |

**22. Former partners, officers, directors and shareholders**

None ☒  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒  If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None ☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds**

None ☒   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER (EIN)

\*   \*   \*   \*   \*   \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   NOVEMBER 30, 2010            Signature   /s/ ROBERTO MARTIN

ROBERTO MARTIN,
VICE-PRESIDENT

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____              _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____              _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*



Exhibit 1
SOFA



## Check Image



**CAFE VALENCIA, INC.**
1000 AVE. MUNOZ RIVERA, STE 1
SAN JUAN, PR 00927-5000

WESTERNBANK
DEC 1 8 2009
ALTAMIRA 61
TELLER 6104

WESTERNBANK PUERTO RICO
Westernbank Ponce Town
101-7270/2215

8892

7/16/2009

PAY TO THE
ORDER OF ___ANGEL RIVERA___ | $ **3,582.22**

___Three Thousand Five Hundred Eighty-Two and 22/100*********************************___ DOLLARS

ANGEL RIVERA

MEMO
Pay Period: 07/01/2009 - 07/15/2009

⑈008892⑈ ⑆221572702⑆ 45⑈0400377⑈2⑈ ⑈0000358222⑈



Front | Back | Print | Close

Close Window

Print

CAFE VALENCIA INC. DVB/A
VALENCIA MEETING CENTER
1000 AVE MUNOZ RIVERA
SUITE 101
SAN JUAN, PR 00927

1245
109-291/215

DATE 9-30-09

PAY
TO THE
ORDER OF _First Leon_ $ 1833 30

_Mil ochecuta tintyts_ 30/XX DOLLARS

EUROBANK

FOR _____

⑈001245⑈ ⑈021502914⑈ 05⑈14⑈0016264⑈

Sept
2,433.

**Check Image**

CAFE VALENCIA INC.
1000 AVE MUÑOZ RIVERA STE 1
SAN JUAN, PR 00927-5000

3852

101-7270/2215

DATE 10/16/09

PAY TO THE
ORDER OF _CAICO_ | $ 957 67

_Noveciento encuenta y sute_ XX DOLLARS

WESTERNBANK
El Banco del Pueblo
PONCE TOWN CENTER
PONCE, PR 00732

FOR 88GA010479

⑆003852⑆ ⑈221572702⑈45⑈0400377⑈ 2⑈ ⑆0000095767⑆

Front  Back  Print  Close

# Check Image

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT (S)

| DATE | | AMOUNT |
|---|---|---|
| | | |

**CAFE VALENCIA INC.**
1000 AVE MUÑOZ RIVERA STE 1
SAN JUAN, PR 00927-5000

3896

101-7270/2215

DATE 10/3/09

PAY TO THE
ORDER OF _Caguas County Club_ | $ 611 94

_Seiscientos once dolares_ 94/XX DOLLARS

**WESTERNBANK**
El Banco del Pueblo
PONCE TOWN CENTER
PONCE, PR 00732

FOR _124627_

⑆003896⑆ ⑇221572702⑈45⑉0400377⑈2⑇ ⑆0000061194⑆

Front   Back   Print   Close

$4,069.61
oct

**Check Image**

THIS CHECK IS ISSUED IN
CONNECTION WITH THE FOLLOWING ACCOUNT (S)

| DATE | | AMOUNT |
|------|--|--------|
| | | |

**CAFE VALENCIA INC.**
1000 AVE MUÑOZ RIVERA STE 1
SAN JUAN, PR 00927-5000

3884

1/01-7270/2215

DATE 11/5/09

PAY TO THE
ORDER OF _Libraty Colli_ $ 239 96

_Doust Tirty nine_ ——— 96/100 DOLLARS

**WESTERNBANK**
El Banco del Pueblo
PONCE TOWN CENTER
PONCE, PR 00716

FOR 8228 53102 106 1987

⑈003884⑈ ⑆221572702⑆45⑈0400377⑈2⑈

[ Front ] [ Back ] [ Print ] [ Close ]

**Check Image**

CAFE VALENCIA INC.
1000 AVE MUÑOZ RIVERA STE 1
SAN JUAN, PR 00927-5000

3885

101-7270/2216

DATE 11/5/09

PAY TO THE
ORDER OF A BB

$ 806 59

DOLLARS

WESTERNBANK
El Banco del Pueblo
PONCE TOWN CENTER
PONCE, P.R. 00731

FOR 0-14-053-7734-00-29

⑈003885⑈ ⑈2215⑈2270⑈ 45⑈0⑈0003772⑈2⑈

Front   Back   Print   Close

# Check Image

CAFE VALENCIA INC.
1000 AVE MUÑOZ RIVERA STE 1
SAN JUAN, PR 00927-5000

3908
101-7270/2215

PAY TO THE
ORDER OF  *First Leas*

DATE 11/26/09

$ 1833.30

*Mil ochecientos treinta y tres*

DOLLARS

WESTERNBANK
Al Banco del Pueblo
PONCE TOWN CENTER
PONCE, P.R. 00732

FOR 102-70131610

⑈003908⑈ ⑆221572702⑈45⑆0400377⑈2⑈

```
Front    Back    Print    Close
```

Nov.

$ 3,672.85



**Check Image**

CAFE VALENCIA INC.
1000 AVE MUÑOZ RIVERA STE 1
SAN JUAN, PR 00927-5000

3973

01-72/7072215

DATE 12/24/09

PAY TO THE
ORDER OF _Autoridad Energía Electrica_ | $ 721 68

_Setecientos veinte uno_ 68/XX DOLLARS

**WESTERNBANK**
El Banco del Pueblo
PONCE TOWN CENTER
PONCE, PR 00732

FOR _01405371340029_

⑈003973⑈ ⑈221572702⑈45⑈040037720⑈

[ Front ]  [ Back ]  [ Print ]  [⊠ Close ]

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re   CAFE VALENCIA, INC.                                    ,

                        Debtor

Case No.  _____

Chapter  _____11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BANCO POPULAR DE PUERTO RICO PRESTAMOS ESPECIALES (733) PO BOX 362708 SAN JUAN, PR 00936-2708 | | | | 3,594,773.92 |
| ORIENTAL BANK PO BOX 195115 SAN JUAN, PR 00919-5115 | | | | 343,121.95 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846 - PDF-XChange 2.5 DE

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MUNICIPALITY OF SAN JUAN DEPARTAMENTO DE FINANZAS PO BOX 70179 SAN JUAN, PR 00936-8179 | | | Unliquidated | 220,831.49 |
| DEPARTMENT OF TREASURY BANKRUPTCY DIVISION PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | | 111,592.91 |
| PRIMO FOODS 2475 BRICKELL AVE. SUITE 1407 MIAMI, FL 33129 | 305-854-7600 | | | 95,901.62 |
| INTERNAL REVENUE SERVICES POST OFFICE BOX 21126 PHILADELPHIA, PA 19114-0326 | | | | 67,864.63 |
| CRIM PO BOX 195387 SAN JUAN, PR 00919-5387 | | | | 48,548.05 |
| IRIZARRY, RODRIGUEZ & CO., PSC PO BOX 25070 SAN JUAN, PR 00928-5070 | | | | 34,910.05 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

SEA WORLD
C/O MELLADO &
MELLADO
VILLAREAL
AVE. PONCE DE
LEON 165, OFICINA
102
SAN JUAN, PR
00917-1233

Contingent
Unliquidated
Disputed

31,383.62

FONDO DEL
SEGURO DEL
ESTADO
PO BOX 365028
SAN JUAN, PR
00936-5028

Unliquidated

17,190.46

DCF, INC.
C/O SALDANA          787-622-5400
CARVAJAL &
VELEZ-RIVE, PSC
166 CONSTITUTION
AVE.
SAN JUAN, PR
00901

Contingent
Unliquidated
Disputed

13,193.43

NORTHWESTERN
SELECTA              787-781-1012
C/O RIVERA
COLON RIVERA
TORRES
& RIOS BERLY
AVENIDA
FERNANDEZ
JUNCOS 1502,
ALTOS
SANTURCE, PR
00909

Contingent
Unliquidated
Disputed

11,078.11

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

| | | | | |
|---|---|---|---|---|
| CADILLAC UNIFORM PO BOX 601893 BAYAMON, PR 00960-1893 | | | | 8,407.88 |
| PRIME MEET 356 AMERICO MIRANDA AVE. SAN JUAN, PR 00927 | 787-767-7584 | | | 5,720.31 |
| B. FERNANDEZ PO BOX 363629 SAN JUAN, PR 00936-3629 | | | | 5,468.23 |
| BONNIN ELECTRONICS 1905 AVE. JESUS T. PINERO SAN JUAN, PR 00920 | | | | 5,416.02 |
| JOSE ANTONIO DE MARCO H/N/C INTERNATIONAL BEEF & VEAL CO. PO BOX 9065783 SAN JUAN, PR 00906-5783 | JOSE DE MARCO 787-644-9610 | | Contingent Unliquidated Disputed | 5,197.12 |
| INSTITUTO DEL HOGAR CALLE LOS MIRTOS NO. 154 HYDE PARK RIO PIEDRAS, PR 00927 | | | | 4,400.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

AXESA
PO BOX 70373
SAN JUAN, PR
00936-8373

4,163.68

EMPRESAS DE GAS
BOX 1025          787-780-6718; 787-786-1230
SABANA SECA,   PR
00952-1025

3,974.25

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,  [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date     NOVEMBER 30, 2010

Signature     /s/ ROBERTO MARTIN

ROBERTO MARTIN,
VICE-PRESIDENT

ANGEL RIVERA RUIZ
GREEN HILLS U-4
URB GARDEN HILLS SUR
GUAYNABO PR 00966


AXESA
PO BOX 70373
SAN JUAN PR 00936-8373


B FERNANDEZ
PO BOX 363629
SAN JUAN PR 00936-3629


BANCO POPULAR DE PUERTO RICO
PRESTAMOS ESPECIALES 733
PO BOX 362708
SAN JUAN PR 00936-2708


BONNIN ELECTRONICS
1905 AVE JESUS T PINERO
SAN JUAN PR 00920


CADILLAC UNIFORM
PO BOX 601893
BAYAMON PR 00960-1893


CRIM
PO BOX 195387
SAN JUAN PR 00919-5387


DCF INC
CO SALDANA CARVAJAL
VELEZ-RIVE PSC
166 CONSTITUTION AVE
SAN JUAN PR 00901


DEPARTAMENTO DEL TRABAJO Y
RECURSOS HUMANOS
PO BOX 191020
SAN JUAN PR 00919-1020

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9024140
SAN JUAN PR 00902-4140


EMPRESAS DE GAS
BOX 1025
SABANA SECA PR 00952-1025


FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028


FRIGORIFICO VALLEJO
CALLE VALLEJO 1010
RIO PIEDRAS PR 00925


HERIBERTO ESPADA
CALLE PATILLAS NO 87
HATO REY PR 00918


INES TAVARES
CALLE 8 NO 1016
BO CAPETILLO
RIO PIEDRAS PR 00925


INSTITUTO DEL HOGAR
CALLE LOS MIRTOS NO 154
HYDE PARK
RIO PIEDRAS PR 00927


INTERNAL REVENUE SERVICES
POST OFFICE
BOX 21126
PHILADELPHIA PA 19114-0326


IRIZARRY RODRIGUEZ  CO PSC
PO BOX 25070
SAN JUAN PR 00928-5070

IRS
CITIVIEW PLAZA NO II
48 CARRETERA 165 SUITE 2000
GUAYNABO PR 00968-8000


JOSE ANTONIO DE MARCO
HNC INTERNATIONAL BEEF  VEAL CO
PO BOX 9065783
SAN JUAN PR 00906-5783


MAPFRE PRAICO INSURANCE COMPANY
PO BOX 70333
SAN JUAN PR 00936-8333


MENDEZ  COMPANY
GPO BOX 363348
SAN JUAN PR 00936-3348


MUNICIPALITY OF SAN JUAN
DEPARTAMENTO DE FINANZAS
PO BOX 70179
SAN JUAN PR 00936-8179


NORTHWESTERN SELECTA
CO RIVERA COLON RIVERA TORRES
 RIOS BERLY
AVENIDA FERNANDEZ JUNCOS 1502 ALTOS
SANTURCE PR 00909


ORIENTAL BANK
PO BOX 195115
SAN JUAN PR 00919-5115


PRIME MEET
356 AMERICO MIRANDA AVE
SAN JUAN PR 00927


PRIMO FOODS
2475 BRICKELL AVE
SUITE 1407
MIAMI FL 33129

ROBERTO MARTIN BONNIN
1127 CALLE SEGOVIA
URB TORRIMAR
GUAYNABO PR 00966


SEA WORLD
CO MELLADO  MELLADO VILLAREAL
AVE PONCE DE LEON 165 OFICINA 102
SAN JUAN PR 00917-1233


SERRALLES
APARTADO 11972
SAN JUAN PR 00922-1972


US DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN PR 0090-0192


VALENCIA ADQUISITION
MUNOZ RIVERA 1000
APARTADO 101
RIO PIEDRAS PR 00927

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re   CAFE VALENCIA, INC.                         ,
                          Debtor

Case No. _____

Chapter ___11___

## VERIFICATION OF LIST OF CREDITORS

    I hereby certify under penalty of perjury that the attached List of Creditors which consists of 4 pages, is true, correct and complete to the best of my knowledge.

Date   NOVEMBER 30, 2010                    Signature   /s/ ROBERTO MARTIN

                                                       ROBERTO MARTIN,
                                                       VICE-PRESIDENT

Carmen D. Conde Torres
C. CONDE & ASSOCIATES
254 SAN JOSE STREET
SUITE 5
SAN JUAN, PR 00901-1523
787-729-2900
787-729-2203