TO:  CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

MINUTES OF MEETING OF CREDITORS

CASE NAME : *Cafe Valencia, Inc.*          CASE NUMBER : 10-11276

CHAPTER     : 11

JUDGE        : BKT

DATE OF MEETING: 1/10/11          TIME OF MEETING: 9:00 a.m.

TRACK NUMBER : 01

METER READING
START : 0:00 (hr:min)          (hr:min)          (hr:min)          (hr:min)

END : 0:43 (hr:min)          (hr:min)          (hr:min)          (hr:min)

1)  DEBTOR:
(X) PRESENT
( ) NOT PRESENT
( ) SPOUSE NOT PRESENT

2)  DEBTOR'S ATTORNEY:
(X) PRESENT
( ) NOT PRESENT

3)  CREDITORS:
(X) PRESENT (See attachment)
( ) NOT PRESENT

4)  TRUSTEE:
( ) HAS BEEN APPOINTED
NAME OF TRUSTEE:_____
(X) HAS NOT BEEN APPOINTED

5)  UNSECURED CREDITORS COMMITTEE:
( ) HAS BEEN APPOINTED
(X) HAS NOT BEEN APPOINTED

6)  SCHEDULES:
(X) HAVE BEEN FILED
( ) HAVE NOT BEEN FILED

7)  STATEMENT OF FINANCIAL AFFAIRS:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

8)  INVENTORY OF THE PROPERTY OF
THE DEBTOR'S ESTATE:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

9)  PROOF OF CLOSING PRE-PETITION
BANK ACCOUNTS:  (20 days)
( ) HAS BEEN FILED
(X) HAS NOT BEEN FILED

10) PROOF OF OPENING DEBTOR
IN POSSESSION BANK ACCOUNTS:  (5 days)
( ) HAS BEEN FILED
(X) HAS NOT BEEN FILED

11) TAX RETURNS LAST TWO YEARS:
(X) HAVE BEEN FILED 2007/2008
( ) HAVE NOT BEEN FILED

12) FINANCIAL STATEMENT(s) LAST
TWO YEARS:
(X) HAVE BEEN FILED
( ) HAVE NOT BEEN FILED

13) RENT ROLL:  N/A
( ) HAS BEEN FILED
( ) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

15) MEETING:
(X) CLOSED
( ) CONTINUED TO:

DATE:_____

TIME :_____

16)     **COMMENTS:**

(Filed Electronically)

OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

1/10/11
Date

*Cafe Valencia, Inc.*
*10-11276*

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|------|-------------------------------|---------|-----------|---------|
| Carmen Priscilla Figueroa | CRIM | PO Box 195387 San Juan PR 00919-5387 | tel 787-625-8746 x 2104 fax 787-625-4073 | |